Roberto Urietas D. 41987
311 W ELM st
ONTARIO CA. 91762

CITY OF INDUSTRY CA 917
PASADENA CA
05 MAR 2008 PM 7 L

United States
District Court
450 Golden Gate
14th floor
San Francisco CA.
94102

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016797
Cashier ID: almaceh
Transaction Date: 03/10/2008
Payer Name: BEATRIZ M H LOPEZ

WRIT OF HABEAS CORPUS
 For: BEATRIZ M H LOPEZ
 Amount:        $5.00

CHECK
 Check/Money Order Num: 1144
 Amt Tendered:  $5.00

Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

07-3935 RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```