# EXHIBIT 1

amended abstract

DEPT. 129

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: JULY 8, 1987  
HONORABLE: ROBERT T ALTMAN JUDGE  
D PHILIPPON Deputy Sheriff  
R ZAGON  
N COPPER , Deputy Clerk  
, Reporter  
(Parties and counsel checked if present)

A784725

PEOPLE OF THE STATE OF CALIFORNIA  
VS  
X URIETA, ROBERT AGUIRRE  
X 156062

Counsel for Plaintiff: IRA A REINER, DISTRICT ATTY. BY  
X J OUDERKIRK DEPUTY

Counsel for Defendant: ~~PUBLIC DEFENDER XXXXXX~~  
X M PART  
~~XDEPUTXXX~~

NATURE OF PROCEEDINGS PROBATION AND SENTENCE (Boxes checked if order applicable)

Pay restitution fine in sum of $500.00 Pursuant to Section 13967(a) Government Code payable to restitution fund. The Court amends it order of 6-10-87 to strike recommendation that defendant be house at CYA per section 1731.5 WIC, blance of sectnece is to stand.

PROBATION DENIED. SENTENCE AS INDICATED BELOW.  
Whereas the said defendant having..................duly........Pleaded..............................  
guilty in this court of the crime of MURDER (187.A PC), of the second degree, as charged in the information and admits used allegation, Pursuant to section 12022.5 Penal Code; the Court further alleged that in the commission and attempted commission of the above offense, the said defendant, personally used firearm, to wit, handgun, within the meaning of Penal Code section 12022.5 and also causing the above offense to be a serious felony within the meaning of Penal Code Section 1192.7(c)(8)



It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison. for the term of 15 years to LIFE, USED ALLEGATION Pursuant to Section 12022.5 Penal Code ordered stayed per case settlement agreement./

The Court computes defendant's time credits on a one-for-one basis.

☒ Defendant is given credit for........611..............days in custody (includes 213 days good time/work time).  
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution  
☒ for Men at Chino, California  
☐ for Women at Frontera, California  
☐ ........................................................

☐ Remaining count(s) dismissed in interests of justice.  
☐ Bail exonerated.

ENTERED  
7-8-87  
FRANK S ZOLIN  
COUNTY CLERK  
AND CLERK OF THE  
SUPERIOR COURT

2   76J805A (REV. 7-82) 7-82  
C-109

JUDGMENT

PINK ORIGINAL TO FILE      YELLOW COPY TO STATEWIDE DISTRIBUTION  
WHITE COPY TO MICROFILM    GREEN COPY TO PROBATION EXPEDITER

NOTED
JUL 16 1987 MGW
DEPT. 129

8610453    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| Date: JULY 8, 1987 | | R ZAGON | |
|---|---|---|---|
| HONORABLE: ROBERT T ALTMAN | JUDGE | N COPPER | , Deputy Clerk |
| D PHILIPPON | Deputy Sheriff | | , Reporter |

(Parties and counsel checked if present)

| A784725 | PEOPLE OF THE STATE OF CALIFORNIA | Counsel for Plaintiff X | IRA A REINER J OUDERKIRK | , DISTRICT ATTY. BY DEPUTY |
|---|---|---|---|---|
| | VS | | | |
| X | URIETA, ROBERT AGUIRRE X156062 | Counsel for Defendant X | M PART | , PUBLIC DEFENDER XXXXXXXXXXXXXXXXXX XXDEPUTYXX |

NATURE OF PROCEEDINGS PROBATION AND SENTENCE    (Boxes checked if order applicable)

Pay restitution fine in sum of $500.00 Pursuant to Section 13967(a) Government Code payable to restitution fund. The Court amends it order of 6-10-87 to strike recommendation that defendant be house at CYA PER Serction 1731.5 WIC    Blance of sentence is to stand.

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having................duly......Pleaded..............................
C    guilty in this court of the crime of MURDER (187.A PC), of the second degree, as charged in the information and admits used allegation, Pursuant to Section 12022.5 Penal Code; the Court further alleged that in the commission and attempted commission of the above offense, the said defendant, personally used firearm, to wit, handgun, within the meaning of Penal Code Section 12022.5 and also causing the above offense tobe a serious felony within the meaning of Penal Code Section 1192.7(c)(8)



It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison.    for the term, of 15 years to LIFE
Used allegation Pursuant to Section 12022.5 Penal Code ordered stayed per case settlemen agreement.
The Court computes defendant's tme credits on a one-for-one basis.

x☒ Defendant is given credit for......611..............days in custody (includes___43___days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
  ☒ for Men at Chino, California
  ☐ for Women at Frontera, California
  ☐ ..........................................................................

ENTERED
7-8-87

FRANK S ZOLIN
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

2    76J805A (REV. 7-82) 7-82
C-109

JUDGMENT

CYA ReJection