**EXHIBIT 2**

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life )
Term Parole Consideration )
Hearing of: )          CDC Number D-61987
)
Robert Urieta )
)
_____ )

CORRECTIONAL TRAINING FACILITY

SOLEDAD, CALIFORNIA

SEPTEMBER 29, 2005

PANEL PRESENT:

Tracey St.Julien, Presiding Commissioner
Orlando Mejia, Deputy Commissioner

OTHERS PRESENT:

Robert Urieta, Inmate
Kandice Christensen, Attorney for Inmate
Lawrence Morrison, Deputy District Attorney
Correctional Officers, Unidentified

CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____  No      See Review of Hearing
_____  Yes     Transcript Memorandum

**PRISCILLA BAKER, Peters Shorthand Reporting**

ii

# INDEX

|  | PAGE |
|---|---|
| Proceedings | 1 |
| Case Factors | 12 |
| Pre-Commitment Factors | 47 |
| Post-Commitment Factors | 46 |
| Parole Plans | 36 |
| Closing Statements | 69 |
| Recess | 77 |
| Decision | 79 |
| Adjournment | 83 |
| Transcriber Certification | 84 |

--oOo--

1

1          P R O C E E D I N G.

2          **DEPUTY COMMISSIONER MEJIA:**  Okay.

3    We're now on record.

4          **PRESIDING COMMISSINOER ST.JULIEN:**  This

5    is a subsequent parole hearing for Robert, is it

6    Urieta?  Okay.  CDC number D-61987.  Today's

7    date is September 29, 2005, and we're at the

8    Correction Training Facility in Soledad.  The

9    inmate was received on July 20, 1987. Life term

10   starting the same day from the County of Los

11   Angeles.  Count one is murder second.  Violation

12   of Penal Code 187, and also Count one use of a

13   firearm, and Penal Code Section 12022.5 and both

14   of these are case number 8784725.  The inmate

15   received a term of 15 years to life with a

16   minimum eligible parole date of May 27, 1996.

17   And is that correct?

18         **INMATE URIETA:**  Yes.

19         **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

20   And the hearing is being tape recorded, so were

21   going to go around the room and introduce

22   ourselves.  Say our first name and last name and

23   then when we got to you, sir, if you could state

24   your CDC number as well.  You know, I'm looking

25   at a -- I have a question now, what a just read

26   about the crimes.  In the Board Report, it says

27   the enhancement for 12022.5 was stay.  It's date

2

1   isn't checked on my work sheet, so does anyone

2   know the answer to that?

3       **DEPUTY COMMISSIONER MEJIA:**   Let's see,

4   stay per case.

5       **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

6   So that use of the firearm section was stay.

7   Okay.  So we'll go to introductions and my name

8   is, Tracey St.Julien, S-T, capital, J-U-L-I-E-N,

9   Commissioner Board of Parole Hearings.

10      **DEPUTY COMMISSIONER MEJIA:**   Orlando

11  Mejia, Deputy Commissioner, M-E-J-I-A, Deputy

12  Commissioner for the board of Parole hearings.

13      **DEPUTY DISTRICT ATTORNEY MORRISON:**

14  Lawrence Morrison, M-O-R-R-I-S-O-N, Los Angeles

15  District Attorney.

16      **ATTORNEY CHRISTENSEN:**   Kandice

17  Christensen, C-H-R-I-S-T-E-N-S-E-N, attorney for

18  Mr. Urieta.

19      **INMATE URIETA:**   Inmate Urieta, D-61987,

20  U-R-I-E-T-A.

21      **PRESIDING COMMISSIONER ST.JULIEN:**   And

22  what's your first name?

23      **INMATE URIETA:** Roberto.

24      **PRESIDING COMMISSIONER ST.JULIEN:**

25  Roberto?

26      **INMATE URIETA:**   Yes.

27      **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

·3

1   Mr. Urieta, the card in front of you that talks

2   about you ADA rights, would you please read

3   that, read that aloud and then I'm going to ask

4   you some questions about it.

5      **INMATE URIETA:**   The Americans with

6   Disabilities act.  A.D.A. is a law to help

7   people with disabilities.  Disabilities are

8   problems that make it harder for some people to

9   see, hear, breathe, talk, walk, learn, think,

10   work, or take care of themselves then it is for

11   others.  Nobody can be kept out of a public

12   places or activities because of disabilities.

13   If you have a disability you have the right to

14   ask for help to get ready for your B.P.T.

15   Hearing, get to the hearing, talk, read forms

16   and papers, and understand the hearing process.

17   B.P.T. will look at what you ask for to make

18   sure that you have a disability.  That is

19   covered by the A.D.A. and that you have asked

20   for the right kind of help.  If you do not get

21   help, or if you don't think you got the kind of

22   help you need, ask for a B.P.T. 1074 grievance

23   form.  You can also get help to fill it out.

24      **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

25   And what does that mean to you, sir?

26      **INMATE URIETA:**   If I'm incapable of

27   hearing or understanding, it's about to talk

4

1  about it.

2       PRESIDING COMMISSIONER ST.JULIEN:  Then

3  what.

4       INMATE URIETA:  Have the rights for the

5  form that will help me to understand if I can't.

6       PRESIDING COMMISSIONER ST.JULIEN:  Okay.

7  Not only a form, but let's say if you needed a

8  wheelchair, or hearing aid then you can get

9  that.  Okay.  And did you have any trouble

10  walking on your on to the room today?

11       INMATE URIETA:  No.

12       PRESIDING COMMISSIONER ST.JULIEN:  Okay.

13  And you can see around the room, you can read?

14       INMATE URIETA:  Yes.

15       PRESIDING COMMISSIONER ST.JULIEN:  And

16  then can you hear me okay?

17       INMATE URIETA:  Yes.

18       PRESIDING COMMISSIONER ST.JULIEN:  And do

19  you know what the triple C.M.S. and E.O.P.

20  programs.

21       INMATE URIETA:  The triple C.M.S., is

22  that people that takes medication.

23       PRESIDING COMMISSIONER ST.JULIEN:  Yes.

24  They have some mental health issues.

25       INMATE URIETA:  Yes, I am.

26       PRESIDING COMMISSIONER ST.JULIEN:  Are

27  you in any of those programs?  Have you ever

5

1    been in a program?

2         INMATE URIETA:   No, never.

3         PRESIDING COMMISSIONER ST.JULIEN:   Have

4    you ever taken any psychotrophic medication?

5         INMATE URIETA:   No.

6         PRESIDING COMMISSIONER ST.JULIEN:   And

7    are you on any medicine now?

8         INMATE URIETA:   No.

9         PRESIDING COMMISSIONER ST.JULIEN:   Okay.

10   On May 9th of 2005, I noted that you signed a

11   B.P.T. form 1073, indicating that you did not

12   have any disabilities, and is that still

13   accurate?

14        INMATE URIETA:   Yes.

15        PRESIDING COMMISSIONER ST.JULIEN:   Okay.

16   Ms. Christensen, are you satisfied that your

17   client's A.D.A. rights have been met?

18        ATTORNEY CHRISTENSEN:   Yes, I am.

19        PRESIDING COMMISSIONER ST.JULIEN:   Okay.

20   I'm going to give you an overview of the hearing

21   today. Oh, and also we have two correctional

22   officers in the room here for security purposes

23   that I always have to say.   Okay.   This hearing

24   is being conducted pursuant to Penal Code

25   Sections 3041, 3042, and the Rules and

26   Regulations of the Board of Prison Terms

27   governing Parole Consideration Hearings for life

6

1  inmates.   The purpose of today's hearing is to

2  consider your suitability for parole.   We will

3  reach our decision today and inform you whether

4  or not we find you suitable for parole and the

5  reasons for our decision.   If you are found

6  suitable for parole, the length of time of your

7  confinement will be explained to you.   The

8  hearing will be conducted in two parts.   First,

9  I will discuss with you the number and nature of

10  the crimes that you are committed for, your

11  prior criminal and social history, your parole

12  plans, and support and opposition letters.   And

13  then Commissioner Mejia will discuss with you

14  your behavior and programming since your

15  commitment, your counselor's report, and your

16  psychology evaluation.   We've had an opportunity

17  to review your Central file and prior hearing

18  transcripts.   You will also have an opportunity

19  to correct or clarify your record. Then the

20  district attorney, and your attorney will have

21  an opportunity to ask you questions, and the

22  district attorney is going to ask the questions

23  to us, and then you answer to us in turn, so

24  your not confronting each other.   And then the

25  district attorney, your attorney, and you will

26  be given an opportunity to make a final

27  statement regarding your Parole suitability.

7

1   We'll recess, clear the room, and deliberate.

2   After we've completed deliberations, we'll

3   resume the hearing, and announce the decision.

4   California Code of Regulations states that

5   regardless of time served, an inmate will be

6   found unsuitable for and denied parole, if in

7   the judgment of the panel, the inmate will pose

8   an unreasonable risk or danger to society if

9   released from prison.  And you have certain

10  rights, a those rights include the right to a

11  timely notice of this hearing, and the right to

12  review your Central file, and the right to be

13  present relevant documents. And I note that we

14  did get on additional documents from you, and

15  Ms. Christensen, have your clients right been

16  met?

17        **INMATE URIETA:**  Yes, they have.

18        **PRESIDING COMMISSIONER ST.JULIEN:**  You

19  also have the right to be heard by an impartial

20  Panel.  Do you have objections to today's Panel?

21        **INMATE URIETA:**  No.

22        **ATTORNEY CHRISTENSEN:**  No, I don't.

23        **PRESIDING COMMISSIONER ST.JULIEN:** You'll

24  receive a copy of the written decision today,

25  and that decision is subject to review by the

26  decision review unit, and by the entire Board

27  Meeting as a whole.  It's also subject to review

8

1    by the governor, and it will become effective

2    within 120 days.  And a copy of the decision and

3    copy of the hearing transcript will be sent to

4    you. And the Board no longer has an appeals

5    process, so if you have a complaint or a concern

6    about the hearing today, you can go to the

7    Prison law library, and looks for the policy

8    entitled Administrative Correspondences And

9    Grievances, concerning board of parole hearings

10   decisions.  You're not required to admit your

11   offense or discuss your offense if you do not

12   wish to do so.  However, we do accept as true

13   the findings of the court you're invited to

14   discuss and facts and circumstances of the

15   offense if you wish.  The Board will review and

16   consider any statements you've made regarding

17   the offense in determining your suitability for

18   parole.  Commissioner Mejia, is there any

19   confidential information?

20        **DEPUTY COMMISSIONER MEJIA:**    Yes, there

21   is. But none will be use for this hearing.

22        **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

23   And I passed a checklist marked exhibit one to

24   your attorney and the district attorney, and

25   listing all the documents that we all should

26   have, and I note that I received that back, so

27   is that list in order?

9

1          **ATTORNEY CHRISTENSEN:**  Yes.

2          **DEPUTY DISTRICT ATTORNEY MORRISON:**    Yes,

3    thank you.

4          **PRESIDING COMMISSINOER ST.JULIEN:**  And

5    any preliminary objections?

6          **ATTORNEY CHRISTENSEN:**  None.

7          **PRESIDING COMMISSIONER ST.JULIEN:**  And

8    Mr. Urieta, speaking with us today.

9          **INMATE URIETA:**  Yes.

10          **ATTORNEY CHRISTENSEN:**  Yes, he will.

11          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

12    Can I give you an oath, sir?  Do you solemnly

13    swear and affirm that the testimony you give at

14    this hearing be the truth, the whole truth, and

15    nothing but the truth?

16          **INMATE URIETA:**  Yes, I do.

17          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

18          **INMATE URIETA:**  I'm going to read the

19    statement of facts, and (indiscernible).  I

20    can't find a good statements of facts to read,

21    so I'm going to go ahead and read from the 1999

22    Board report, and that report was prepared by

23    correctional counselor, last name Ballard, B-A-

24    L-L-A-R-D, and approved by the classification of

25    parole representive, last name Tyler, T-Y-L-E-R,

26    and it states  on July 5, 1986, Urieta and is it

27    Cacaras, C-A-C-A-R-A-S, drove to 2801 West Pica

10

1   (phonetic) Boulevard, Urieta shot victim Alvir,

2   A-V-I-R, with a  25 caliber handgun.  Cacaras

3   was the driver, and Urieta was the shooter.

4   Alvir died at the scene.  Okay.  Now who's

5   Pitufo, P-I-T-U-F-O?

6           INMATE URIETA:  Pitufo was one of the

7   assailants that were with us in the car.

8           PRESIDING COMMISSIONER ST.JULIEN:

9   Salems?

10          INMATE URIETA:  You know, assailants.

11          PRESIDING COMMISSIONER ST.JULIEN:  Oh,

12  assailants.  Oh, okay.  And he was like a

13  friend?

14          INMATE URIETA:  Yeah.

15          PRESIDING COMMISSIONER ST.JULIEN:  Okay.

16  And so you were going to buy some marijuana?

17          INMATE URIETA:  Yes.

18          PRESIDING COMMISSIONER ST.JULIEN:  Okay,

19  who were you going to buy it from?

20          INMATE URIETA:  Well, I wasn't exactly

21  the one that was going to buy the marijuana.

22  The guys that were with me.

23          PRESIDING COMMISSIONER ST.JULIEN:

24  Cacaras, and Pitufo.

25          INMATE URIETA:  Yeah.  They invited me to

26  go with them, and they were going to buy--

27          PRESIDING COMMISSIONER ST.JULIEN:  They

11

1    were going to buy the marijuana?

2         INMATE URIETA:  On the streets, you know,

3    some people just stand on the streets, and they

4    know who to buy it from.

5         PRESIDING COMMISSIONER ST.JULIEN:  Okay.

6    Have you done that before?

7         INMATE URIETA:  No.

8         PRESIDING COMMISSIONER ST.JULIEN:  Were

9    you a marijuana smoker?

10        INMATE URIETA:  No.

11        PRESIDING COMMISSIONER ST.JULIEN:  Why

12   not?

13        INMATE URIETA:  I don't like the way

14   people looks when they smoke marijuana.

15        PRESIDING COMMISSIONER ST.JULIEN:  Okay.

16   Did you drink beers, a lot?

17        INMATE URIETA:  No, no.

18        PRESIDING COMMISSIONER ST.JULIEN:  So you

19   didn't have any drinking problem?

20        INMATE URIETA:  No, no, never.

21        PRESIDING COMMISSIONER ST.JULIEN:  You

22   didn't have any drug use.

23        INMATE URIETA:  No.

24        PRESIDING COMMISSIONER ST.JULIEN:  Did

25   you like other drugs?

26        INMATE URIETA:  No, never in my life.

27        PRESIDING COMMISSIONER ST.JULIEN:  Okay.

12

1    So why you hanging around with guys who are
2    going to go marijuana?
3         INMATE URIETA:  Because they were my
4    neighbors.  They live around where I live at.
5         PRESIDING COMMISSIONER ST.JULIEN:  But
6    you know marijuana is illegal, right.
7         INMATE URIETA:  Yes, yes.
8         PRESIDING COMMISSIONER ST.JULIEN:  So why
9    do you have friends who are doing illegal
10   things, just because they lived around there?
11        INMATE URIETA:  Well, you know, when they
12   come to my house, they don't come to smoke
13   marijuana, or talk about drugs, you know, they
14   come to me house, to hang up, and --
15        INMATE URIETA:  Yeah, but they weren't at
16   your house, you were in a car.
17        INMATE URIETA:  No.
18        PRESIDING COMMISSIONER ST.JULIEN:  I'm
19   talking about where I live in my neighborhood.
20   When we're together we weren't talking about
21   drugs or using drug at the moment.
22        PRESIDING COMMISSIONER ST.JULIEN:  So you
23   were friends before, and you've had this drug
24   stuff.
25        INMATE URIETA:  Yeah, I never had --
26        PRESIDING COMMISSIONER ST.JULIEN:  Okay.
27   But now this instant on this night, you and the

13

1    two other people, was it just the two others?

2        **INMATE URIETA:**  No, there were four.

3        **PRESIDING COMMISSIONER ST.JULIEN:**  Oh,

4    okay.  So there were four all together.

5        **INMATE URIETA:**  Yes.

6        **PRESIDING COMMISSIONER ST.JULIEN:**  Who

7    was the other guy?

8        **INMATE URIETA:** Caesar.

9        **PRESIDING COMMISSIONER ST.JULIEN:**

10   Because he's not mentioned in here.

11       **INMATE URIETA:**  Yeah, he's not mentioned.

12   Caesar, his name is Caesar.

13       **PRESIDING COMMISSIONER ST.JULIEN:**  Did he

14   get in trouble too?

15       **INMATE URIETA:**  What do you mean?

16       **PRESIDING COMMISSIONER ST.JULIEN:**  Well,

17   was he arrested?

18       **INMATE URIETA:**  Yes, he was arrested too.

19       **PRESIDING COMMISSIONER ST.JULIEN:**

20   Because I don't see him mentioned in here.

21   Okay.  So you guys are all in the car, your

22   going to buy this marijuana, then you're not

23   going to have any of it?

24       **INMATE URIETA:**  No, no.

25       **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

26       **DEPUTY DISTRICT ATTORNEY MORRISON:**    Can

27   I have the chair?  There is a much more complete

14

1   picture in the probation report.

2        **PRESIDING COMMISSIONER ST.JULIEN:**   Yeah,

3   I looked at that, and it seemed a little

4   convoluted to read, but I will go to that then.

5   Okay.  So let me just figure out this crime

6   here.  So four of you were in the car, how far

7   did you drive, 5 minutes, 10 minutes?

8        **INMATE URIETA:**  A quarter of a mile.

9        **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

10  So not for from where you were?

11       **INMATE URIETA:**  Yeah.

12       **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

13  So now did you know that there -- that people

14  had guns?  -- okay.  Whose gun was it?

15       **INMATE URIETA:**   It was mine, my gun.

16       **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

17  So why were you carrying a gun?

18       **INMATE URIETA:**  Where I live at is a

19  dangerous neighborhood and before that I got

20  robbed, I get beat up before.

21       **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

22  Was the gun loaded?

23       **INMATE URIETA:**   At the moment, yeah.

24       **PRESIDING COMMISSIONER ST.JULIEN:**   So do

25  you think that's dangerous, carrying a loaded

26  gun?

27       **INMATE URIETA:**   Oh, yes.   Real dangerous.

15

1          **PRESIDING COMMISSIONER ST.JULIEN:**  Then

2    why were you carrying it?

3          **INMATE URIETA:**  I wasn't thinking at the

4    time about, you know, about if it was dangerous

5    or not.  I was just carrying the gun to protect

6    myself.

7          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

8    Does anybody else have a gun?

9          **INMATE URIETA:**  No, no.

10         **PRESIDING COMMISSIONER ST.JULIEN:**  So you

11   were the only one that had the gun?

12         **INMATE URIETA:**  The only one.

13         **PRESIDING COMMISSIONER ST.JULIEN:**  So

14   Cacaras was driving, and where were you sitting

15   in the car?

16         **INMATE URIETA:**  In the backseat.

17         **PRESIDING COMMISSIONER ST.JULIEN:**  In the

18   backseat.  Okay.  So did you know Mr. Alvir?

19         **INMATE URIETA:**  No.

20         **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

21   Then why did you shoot him?

22         **INMATE URIETA:**  Well, I didn't mean to

23   kill him or shoot him, you know.  What happened

24   is that when we got to Pico, and they stopped,

25   the guys get out.

26         **PRESIDING COMMISSIONER ST.JULIEN:**  What

27   guys?

16

1       **INMATE URIETA:**  My --

2       **PRESIDING COMMISSIONER ST.JULIEN:**  Oh,

3   you're friends.

4       **INMATE URIETA:**  My friends get out.

5       **PRESIDING COMMISSIONER ST.JULIEN:**  Oh,

6   they get out to buy marijuana.

7       **INMATE URIETA:**  Yeah, they get out to buy

8   the marijuana, so I leaned on the car because

9   I'm in crutches, I got a broken leg, so I just

10  leaned there to wait for them, because the walk

11  there's a bar right there and there's two guys

12  fighting, and I'm just looking from far away

13  looking at them what's going on the commotion.

14  So when I'm leaning on the car, they stop the

15  fight.  The guys stop the fight, and one of the

16  fellows comes to me, and asks me if I wanted to

17  buy marijuana, and I said, no, I'm not here to

18  buy marijuana, so when I respond to him he said

19  well, if your not going to buy marijuana, and

20  start cussing me out, get the out of the this

21  place, and I said wait a minute, wait a minute,

22  you know, I'm just with these guys right here.

23  So I get into the car because I don't want no

24  trouble with them.  Well, when I get into the

25  car and I close the door, I hear this noise, and

26  I just went like that, and he throwed something

27  at the window, but it hit me.  And a lot of

17

1  pieces of the window fell on me--

2          PRESIDING COMMISSIONER ST.JULIEN:  So the

3  window was actually shattered?

4          INMATE URIETA:  Yeah, it shattered.  So

5  when the driver sees that he gets all panicked.

6          PRESIDING COMMISSIONER ST.JULIEN:  What

7  driver?

8          INMATE URIETA:  Driver in my car.  He

9  gets all panicked, so he jumps into the car and

10  starts the car right a way, and Caesar jumps in

11  it, and the commotion we leave the place.  But

12  we leave Pitufo, the other guy without noticing

13  (indiscernible) the commotion, we get to the

14  house, and I asked him, hey, what happened to

15  Pitufo, and they said, what Pitufo, and I said

16  where is he at.  And they said oh, we left them,

17  so I told them hey, we got to go back, at the

18  moment.  Wanted to use the restroom, so I go

19  upstairs to use the restroom.  When I come back,

20  I tell them, hey, we got to go pick him up, and

21  they said, no, no, and I told them, no, he's not

22  going to be okay, because he was with us, and we

23  got into that confrontation.  So, I start

24  walking, by myself, and I said if you guys ain't

25  going, I'm going.

26          PRESIDING COMMISSIONER ST.JULIEN:  How

27  could you walk?

18

1      **INMATE URIETA:**  With crutches, I told

2  them, hey, I'm going to walk.

3      **PRESIDING COMMISSIONER ST.JULIEN:**  So did

4  you -- wait, did you have a broken leg or why

5  were you on the crutches?

6      **INMATE URIETA:**  Yes, I broke my leg.

7      **PRESIDING COMMISSIONER ST.JULIEN:**  Did

8  you have a cast?

9      **INMATE URIETA:**  Yes.  I broke it coming

10  home from work.  You see that's what was one of

11  the reasons that I was always home because I had

12  a job.  And when I broke my leg, I wasn't doing

13  nothing, I was just at home, and guys start

14  coming to visit me, because I stopped hanging

15  around with them, because I got a kid, and I had

16  a wife, and so when I was at home, they start

17  coming to see me, let's go here, because I

18  wasn't doing nothing.

19      **PRESIDING COMMISSIONER ST.JULIEN:**  So you

20  had a lot of free time.

21      **INMATE URIETA:**  So I had plenty of time

22  hanging around with the wrong guys.

23      **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

24  So now you go, you realize that you've left your

25  friend.

26      **INMATE URIETA:**  Yeah, so we get into the

27  car, and we drive where the scene is, where the

19

1    incident happened.  Okay.  When we get over

2    there, we stopped the car, in the probation

3    report, said that we turned off the lights.  To

4    my knowledge, we never turned off the lights.

5           PRESIDING COMMISSIONER ST.JULIEN:  Did

6    you turn off the ignition to the car?

7           INMATE URIETA:  Yeah -- no, we stopped,

8    and he turned the car off.  He turn the car off,

9    but we didn't turn the car off exactly in front

10   of it.  We stopped like about half a block a

11   way.  So we get out of the car looking Pitufo.

12          PRESIDING COMMISSIONER ST.JULIEN:  Okay.

13   So who's driving at this point?  Is Cacaras?

14          INMATE URIETA:  Yeah, Cacaras.

15          PRESIDING COMMISSIONER ST.JULIEN:  So he

16   -- you drive up, you don't see Pitufo, so you

17   say let's get out of the car and go look for

18   him.

19          INMATE URIETA:  Yeah.

20          PRESIDING COMMISSIONER ST.JULIEN:  Now,

21   so you turn off the car, did Cacaras take the

22   keys?

23          INMATE URIETA:  Yeah.  He took the keys,

24   and so all the guys when they saw me getting out

25   they got out too.  Now they --

26          PRESIDING COMMISSIONER ST.JULIEN:  Why

27   would you get out?

20

1          **INMATE URIETA:**  Because we got to look

2    for Pitufo, that was my concern.  I wasn't

3    thinking about myself at the moment, even I was

4    in crutches, you know, I want probably because I

5    wanted to show them that I was a real macho, you

6    know, even with crutches, I'll get out and look

7    for Pitufo, at the moment.  So when we get out

8    of the car, I see the guys coming towards us

9    again.  So when I see them coming, is when I get

10   the gun out, and I shoot, but I don't remember

11   until this moment shooting three times.  I

12   remember one of two times, but I never exactly

13   shoot directly at them.  When I shoot -- when I

14   shot the first shot I remember everybody like

15   running away.  When I saw them running and I

16   shot again, I said, oh, they got scared, so we

17   jump into the car, and no Pitufo around, so we

18   went back to the house.  When we were getting to

19   the house, we see him walking.  We picked him up

20   and we asked him, what happened?  Oh, man they

21   took all my money, and they jumped me.  So, do

22   go don't worry, you know, we went over there to

23   look for you, we didn't find you, I shot the

24   guys, they got scared.  That's what, you know,

25   at the moment I told him.  He said, okay, just

26   leave it like that.  So everybody went home.

27   Two days later, I was coming to see for my

21

1    house, and I get stopped, and they arrested me.
2    And they said you're being arrested.  And I
3    said, for what.  And they said because you owe
4    some tickets.  And I remember one time, I got
5    some tickets because the car I had, I was using
6    520 tires, they're real small for a Chevy, it's
7    illegal.  So when were going to the station,
8    they start asking my nice questions.  Hey, how
9    old are you, this and that.  And I'm talking to
10   them real nice, so I tell them, so how many
11   tickets do I owe?  Oh, you'll find out when you
12   get to the station.  Okay.  When we got the
13   station they put me in a cell.  Five minutes
14   later they take me out, and they ask me, hey,
15   where were you this day?  So, I started to
16   recall, it was two days ago.  So, I started
17   thinking probably something bad happened that
18   night, so I start telling.  At first I denied
19   it.  I told them, oh, I was at my house.  They
20   said no, no, no.  Where were you?  So, I start
21   telling them.  And when they asked me what
22   happened.  I told them what happened.  He goes,
23   well, your being arrested because somebody died.
24   He goes yeah, you killed somebody.  I go me.
25   And he goes, yeah, you, and I couldn't believe
26   it.  Because to be honest with you, when I shot
27   the rounds I saw the guy running.  So he said

22

1    yeah, you're being arrested, so they booked me,

2    and that was it.

3        PRESIDING COMMISSIONER ST.JULIEN:    Okay.

4    So Now, who were the friends.

5        INMATE URIETA:    It was Cacaras --

6        PRESIDING COMMISSIONER ST.JULIEN:    Okay.

7    So what were you -- because all throughout your

8    record, and all throughout the description of

9    this crime.    It is there's lots of gang activity

10    described or gang involvement.    Okay.

11        INMATE URIETA:    Yes, I understand that.

12        PRESIDING COMMISSIONER ST.JULIEN:    So

13    were these friends gang members?

14        INMATE URIETA:    Yes.

15        PRESIDING COMMISSIONER ST.JULIEN:    The

16    marijuana smokers?

17        INMATE URIETA:    Yes, yes.    Some of them.

18        PRESIDING COMMISSIONER ST.JULIEN:    Well,

19    the four -- the three that you were with.    Were

20    they?

21        INMATE URIETA:    Yes.

22        PRESIDING COMMISSIONER ST.JULIEN:    Are

23    you.

24        INMATE URIETA:    No.

25        PRESIDING COMMISSIONER ST.JULIEN:    Were

26    you?

27        INMATE URIETA:    No, I wasn't a gang

23

1  member.

2  **PRESIDING COMMISSIONER ST.JULIEN:** So why

3  are you hanging around gang members who smoke

4  and buy marijuana?

5  **INMATE URIETA:** Because that's the only,

6  the only environment I grew up in.

7  **PRESIDING COMMISSIONER ST.JULIEN:** So if

8  that was the only environment, then why weren't

9  you a gang member.

10  **INMATE URIETA:** You see, when I came to

11  this, when my mom brought me to this country,

12  she told me if you -- if I know just one little

13  thing that you are involved, or you are a gang

14  member, I am going to send you straight back to

15  Mexico, so that was my fear, that's why I never

16  joined the gang.  I did hang around with gang

17  members and some of them weren't gang members,

18  but not only with gang members, I used to hang

19  around with different friend that I had.

20  **PRESIDING COMMISSIONER ST.JULIEN:** Did

21  you go -- when this -- when you were going to

22  buy this marijuana, were you going into the

23  territory of another gang?

24  **INMATE URIETA:** Yes, it is a territory

25  gang.

26  **PRESIDING COMMISSIONER ST.JULIEN:** So did

27  you think maybe it was be danger to go there, or

24

1  trouble might start?

2      **INMATE URIETA:**  At the moment, I didn't

3  think that it was dangerous, because we were --

4  they were just to buy marijuana and that's it.

5      **PRESIDING COMMISSIONER ST.JULIEN:**  Yeah,

6  but isn't it, aren't gang people very

7  territorial?

8      **INMATE URIETA:**  Yes.

9      **PRESIDING COMMISSIONER ST.JULIEN:**  You

10  know, don't come to my area, or whatever.

11     **INMATE URIETA:**  Yes, but the bar where

12  they were going to buy the marijuana, is not a

13  hang up for any gangs.

14     **PRESIDING COMMISSIONER ST.JULIEN:**  Just

15  for marijuana sellers.

16     **INMATE URIETA:**  Yes, yes, for some guys

17  that just hang around right there selling dope.

18     **INMATE URIETA:**  Okay.  So you got a grant

19  last year, you must have been very happy about

20  that.  And how did you feel when you get the

21  governors reversal letter?

22     **INMATE URIETA:**  At the moment I felt bad

23  because, you know my family was expecting a

24  positive outcome, for me to go home, you know,

25  and be with my family.  In a way if the governor

26  feels like, you know, the decision is the right

27  one, there's nothing to debate him, because he's

25

1   the governor, and that's what he's paid for, you

2   know, his job. So, I understand, you know if he

3   feels that I'm not ready for it, I respect his

4   decision, but I think I'm ready to go home, and

5   start a new life

6   PRESIDING COMMISSINOER ST.JULIEN: Okay. So I

7   assume that you carefully read the governor's

8   letter.

9       **INMATE URIETA:** Yes.

10      **PRESIDING COMMISSIONER ST.JULIEN:** Okay.

11  So what is your response when he talks about

12  that you told -- that must have been Cacaras,

13  driver, you told him that you were proud to have

14  avenged in an insult to your gang.

15      **INMATE URIETA:** That's what the officer

16  at the scene wrote. But I never, never said

17  those words. I don't know who told him that or

18  that I said that, but I remember exactly that I

19  never used those words.

20      **PRESIDING COMMISSIONER ST.JULIEN:** Then

21  it says at 2004 at your hearing, you said, "I

22  really wasn't a gang member, I was trying to

23  pretend that I was one of them." Is that

24  accurate?

25      **PRESIDING COMMISSIONER ST.JULIEN:** Yes,

26  yes, it is. Because if you're hanging around

27  with guys that are gang members sometimes even

26

1  you think you are a gang member, but I never

2  went through the rituals that you go through.

3  So in a way I wasn't a part of the gang.

4          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

5  So you fired three times -- you must have fired,

6  holding the gun straight at Mr. Alvir; do you

7  remember how you were pointing the gun?

8          **INMATE URIETA:**  Yes, I remember.

9          **PRESIDING COMMISSIONER ST.JULIEN:**  How?

10          **INMATE URIETA:**  I was standing, you know,

11  with a gun and shooting straight.

12          **PRESIDING COMMISSIONER ST.JULIEN:**  You're

13  standing -- are you holding the crutches, or

14  where are your crutches?

15          **INMATE URIETA:**  No, I'm leaning against

16  the car, and I'm holding the gun like that.

17          **PRESIDING COMMISSIONER ST.JULIEN:**  So you

18  must be a pretty good shot.

19          **INMATE URIETA:**  I don't know.  I must

20  have been because --

21          **PRESIDING COMMISSIONER ST.JULIEN:**  So why

22  did you feel that you needed to shoot the gun

23  three times and your pointing it at him?  What

24  were you thinking?

25          **INMATE URIETA:**  At the moment, like I

26  said, it was a foolish thing.

27          **PRESIDING COMMISSIONER ST.JULIEN:**  We

27

1    know that, but what were you thinking?

2         **INMATE URIETA:**  At the moment I was

3    probably thinking that I was going to hurt

4    somebody because of what they did.

5         **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

6    Why did you feel like someone needed to get

7    hurt?

8         **INMATE URIETA:**  You see when your young,

9    you don't think at the moment if somebody's

10   going to get hurt or if your going to kill

11   somebody.  At the moment you probably think it's

12   just a gang, or it's just that I want to show

13   that I'm this or I'm that.

14        **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

15   We'll you should rephrase that and say, I

16   thought no one would get hurt.

17        **INMATE URIETA:**  Yeah.

18        **PRESIDING COMMISSIONER ST.JULIEN:**

19   Because not everybody that's young thinks that

20   way.

21        **INMATE URIETA:**  Yeah.  Your right about

22   that.

23        **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

24   And I'm sorry I asked you this already, but did

25   you say -- did anyone else in the car have a

26   gun.

27        **INMATE URIETA:**  No.

28

1      **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

2  So what do you say to the claim or the assertion

3  that was planned, that you all had planned this

4  murder?

5      **INMATE URIETA:**  I was talking to my

6  attorney because she asked me the question, and

7  the same words I told her that if somebody plans

8  a murder you got two choices, either you plan

9  the murder to kill the person, run away, or turn

10  yourself in.  And I never planned nothing

11  because I didn't even know somebody got hurt.

12  When I got arrested I didn't even know somebody

13  -- if at the moment I planned it, I would have

14  just run away to Mexico or plan everything to

15  get away with it.  And I didn't plan none of

16  that to happen.  And I'm ashamed of it right now

17  for what happened because nobody deserves to

18  die.  I was a victim also of what the victims

19  family is going through because one I was one-

20  year-old my dad got killed.  And I just can't

21  imagine, you know, the same thing that my family

22  went through --

23      **PRESIDING COMMISSIONER ST.JULIEN:**  Did he

24  get killed by shooting?

25      **INMATE URIETA:**  yeah.  By a gun.

26      **PRESIDING COMMISSIONER ST.JULIEN:**  In

27  L.A.?

29

1          **INMATE URIETA:**  No, in Mexico.  So when I

2    think of it how it has impact his family because

3    we live that before my dad die.  And I come to

4    realize because I grew up with anger toward the

5    person so imagine the victim's family if he had

6    a son his drama, because he must've had family -

7    -

8          **PRESIDING COMMISSIONER ST.JULIEN:**  Did

9    you ever find out if he had --

10         **INMATE URIETA:**  Yes, I tried through my

11   mom because my mom used to help the church of

12   the  (phonetic), she used to help make these

13   baskets for needy people.  And through the

14   father of the church she found out that he only

15   had one relative, his father.  And he brought

16   the (indiscernible) to the United States running

17   from the war of El Salvador because he was from

18   El Savador.  And when that incident happened,

19   they raised the money to send him to his

20   country, and even my mom said.

21         **PRESIDING COMMISSIONER ST.JULIEN:**  Why,

22   to be buried?

23         **INMATE URIETA:**  Yeah.  Even my mom helped

24   them to raise the money.  But she never told

25   somebody that I was her son, and his father went

26   back to his country because of what happened.

27   So I tried through my mom and through some

30

```
 1   family members if there's a way, you know, I
 2   could help, but we don't know nothing else about
 3   his family.
 4          PRESIDING COMMISSIONER ST.JULIEN:  Okay.
 5   So let's look at -- so you have some juvenile
 6   record.
 7          INMATE URIETA:  Yes.
 8          PRESIDING COMMISSIONER ST.JULIEN:  In
 9   1982 driving a vehicle without the owners
10   consent, so is that car theft?
11          INMATE URIETA:  Yes, yes.  You can call
12   it like that.
13          PRESIDING COMMISSIONER ST.JULIEN:  Then
14   receiving stolen property, so what happened
15   there?
16          INMATE URIETA:  Well, like I said it
17   before, you know I don't want to put myself as
18   being a saint or that I didn't do the crime
19   because I did it.  I'm guilty for it.  What
20   happened is that a friend of mine was throwing a
21   (phonetic) party, and he asked me to pick up
22   these girls from this place, so I didn't even
23   ask him if it was stolen or not, so I just got
24   the keys and went picked them up, and they
25   stopped me, and they told me that it was stolen.
26   And I took responsibility for that action
27   because I should have asked.  I should have
```

1    known.

2          PRESIDING COMMISSIONER ST.JULIEN: You

3    didn't blame the guy for not telling you the car

4    was stolen?

5          INMATE URIETA:  No.

6          PRESIDING COMMISSIONER ST.JULIEN:  Why

7    not?  I think that's normal.  If somebody -- you

8    don't think that normal to get mad at the guy

9    that put you in a stolen car?

10          INMATE URIETA:  At the moment I got mad,

11    but then I was my fault for not --

12          PRESIDING COMMISSIONER ST.JULIEN:  Was

13    this a gang friend.

14          INMATE URIETA:  No, it wasn't a gang

15    friend.  It was my fault for not making sure

16    what I'm getting into.

17          PRESIDING COMMISSIONER ST.JULIEN:  Okay.

18          DEPUTY COMMISSIONER  MEJIA:  Can I ask a

19    question?

20          PRESIDING COMMISSIONER ST.JULIEN:  Go

21    ahead.  How long have you known this guy who

22    told you to pick up some girls?

23          INMATE URIETA:  A couple of days.

24          DEPUTY COMMISSIONER  MEJIA:  A couple of

25    days?

26          INMATE URIETA:  Yes, just a couple of

27    days.

32

1        **DEPUTY COMMISSIONER MEJIA:** Guys that
2   you know a couple days will tell you pick up
3   some girls, and you'll do it?

4        **INMATE URIETA:** You know how sometimes
5   you hang around with people that they go over
6   there to hang out, you think that, you know
7   their your friends at the moment. You think
8   everybody that hangs around with you are your
9   friends, but in reality they're not. They
10  always get you in trouble.

11       **PRESIDING COMMISSIONER ST.JULIEN:** Okay.
12  And then in '83, battery, and you were placed on
13  home probation, still minor. Did you try to hit
14  somebody or fight, a battery of April 15, 1983?

15       **INMATE URIETA:** No, they accused me of
16  throwing a rock at an officer. Okay. When I
17  was passing through they were having some people
18  getting arrested. Somebody throw a rock at an
19  officer, and they pulled me over, and they
20  accused me of throwing the rock. I went to the
21  county and the judge told me that if I plead
22  guilty to it, I'll be going home the next day.
23  So I wanted to go home, so I pled guilty to it.
24  But I never throw that rock at the officer, when
25  I came out of the L.A. County and I went back to
26  the place, there were people right there telling
27  me that I should have not pled guilty because

33

1  they could have went and testified that they saw

2  who did it.  But I don't know that.  I wanted to

3  go home the next day.

4          **DEPUTY DISTRICT ATTORNEY MORRISON:**  You

5  didn't have a lawyer with you?

6          **INMATE URIETA:**  Yeah, he told me plead

7  guilty to it and you'll go home tomorrow, and if

8  you don't you'll have to reschedule it three

9  months later, and you're going to stay here.

10          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

11  Then -- before that because that's when you were

12  an adult.  So you had one other juvenile arrest

13  when you were -- did you hit a teacher?

14          **INMATE URIETA:**  No, no.  I never hit the

15  teacher.

16          **PRESIDING COMMISSIONER ST.JULIEN:**  Let's

17  see who was it.

18          **INMATE URIETA:**  That case was thrown out

19  at the courts because there was no evidence that

20  I hit him, and I never did hit him or pushed

21  him.

22          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

23  So did you identify yourself as a gang member?

24          **INMATE URIETA:**  No, I don't.

25          **PRESIDING COMMISSIONER ST.JULIEN:**  When

26  you were in high school?

27          **INMATE URIETA:**  No.

34

1  **PRESIDING COMMISSIONER ST.JULIEN:** And
2  they asked you what your name was. And then you
3  said I am an 18th Street gang member?

4  **INMATE URIETA:** No, I never said
5  something like that.

6  **PRESIDING COMMISSIONER ST.JULIEN:** Okay.
7  1984 that's what it says here in the record.
8  Okay. And then the adult history in '84, was
9  for throwing something at the police officer.
10  Okay. So did -- okay. So how do you feel about
11  the crime today, about the killing?

12  **INMATE URIETA:** Real sorry for it.

13  **PRESIDING COMMISSIONER ST.JULIEN:** Okay.
14  Aside from real sorry though?

15  **INMATE URIETA:** At this moment I noticed
16  that so many mistakes in my life when I was
17  younger, and those mistakes are going to haunt
18  me for the rest of my life. And the only way I
19  could replace some of those mistakes is by not
20  doing them again. If I do get a chance someday
21  to get out and I have to repay those mistakes.
22  I'm obligated to do something for me family, and
23  the victim's family.

24  **PRESIDING COMMISSIONER ST.JULIEN:** And
25  what are you thinking of doing?

26  **INMATE URIETA:** Working hard, and help
27  those youngsters that are out there getting

35

1   involved into or try to get into gangs and tell

2   them that that's not the right way.

3         PRESIDING COMMISSIONER ST.JULIEN:   Does

4   the 18th Street gang still exist?

5         INMATE URIETA:   Oh, yes.  Yeah.  There is

6   a lot of gang now, and I have to make one

7   difference out there, and if I could save one

8   boy from not joining that's a victory for me,

9   and that's what I'm planning to do.  I have a

10  grandson now, and I don't want him to fall in

11  the same steps I did.  I got a nephew too, and

12  the environment their living at if they don't

13  school them or they don't show them, they're

14  going to end up here where I'm at.  Same way.

15  So I got to get out there and try to create some

16  programs in Mexico because that is what my plan

17  is in Mexico.  Right now in Tijuana, all those

18  parts, they're full of gangs activities, and I

19  got to come up with a plan to help those guys

20  not to fall in the same step I did.  It ate

21  almost 20 years of my life because of my bad

22  mistakes and those are my plans.

23        PRESIDING COMMISSIONER ST.JULIEN:   So did

24  you try to fit in with the gang members?

25        INMATE URIETA:   Yes.

26        PRESIDING COMMISSIONER ST.JULIEN:   Did

27  you try to be a part of that?

36

1      **INMATE URIETA:**  When I was out there,

2    yes.

3      **PRESIDING COMMISSIONER ST.JULIEN:**  And

4    why do you think you felt the need to do that?

5      **INMATE URIETA:**  Because I live in a

6    neighborhood where you have about five different

7    gang around you.  In school if you don't hang

8    around with a gang, you're a spot to get picked

9    on, and be robbed to do whatever they want to do

10   to you.  So I want to go through that, so at the

11   time I was thinking if I hang around with so and

12   so, they're not going to bother me.  They're

13   going to leave me alone.  I'm not going to have

14   to go some hassles that other guys had to go

15   through.

16     **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

17   So you mentioned your parole plans.  Actually

18   the first letter, I think I have some of these.

19   Actually, I think we have all these letters in

20   your file.  I don't know why they made two

21   copies.  So let's go through these.  So you

22   mentioned you might have to go to, well you have

23   an I.N.S. hold, is that correct?

24     **INMATE URIETA:**  Yes, yes.

25     **PRESIDING COMMISSIONER ST.JULIEN:**  So you

26   probably have to go to Mexico.  Now, did you

27   make residential plans, and employment plans, in

1   the L.A. area or in California, any where in

2   California as well as Mexico?

3       **INMATE URIETA:**  I got some letters from

4   some family that I have here because they told

5   me that's a procedure I got to go through, but

6   my plans are not for California.  My plans are

7   to go to Mexico.

8       **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

9   So we have a letter from your sister.

10      **INMATE URIETA:**  Yes.

11      **PRESIDING COMMISSIONER ST.JULIEN:**  Maria

12  Urieta Aguirre, A-G-U-I-R-R-E, and she

13  congratulate -- she is pleading for our clemency

14  and she says once more I beg you for your

15  clemency because my brother has done his time,

16  and he has been an exemplary of an inmate.  His

17  very carefully complied with all Prison

18  regulations and is now a new regenerated man.  I

19  beg you in the name of our mother who cries day

20  and night.  And this is her letter I think in

21  Spanish.  And then we have a petition that went

22  around.  But it's in Spanish.  I can only

23  imagine that these are people who are

24  encouraging us to go you to release you, is that

25  correct?

26      **INMATE URIETA:**  Yes, this is from my

27  family in Mexico, and most of them live over

38

1  there.  I note 28 new signatures on that.  So

2  are you from (phonetic)?

3      INMATE URIETA:  No, I'm from Guerrero.

4      PRESIDING COMMISSIONER ST.JULIEN:  Okay.

5  We have a letter from --

6      INMATE URIETA:  Acapulco.  You heard of

7  Acapulco?

8      PRESIDING COMMISSIONER ST.JULIEN:  Yeah.

9  Oh.

10      INMATE URIETA:  But my mom bought a house

11  on Rosarito Beach because in the future, she

12  thought about the future.  I was going to be

13  deported.  So she bought a house in Rosarito, so

14  my sister, and my niece, and my daughter, and my

15  grandson could visit me.  Because if they go all

16  the way to Acapulco, that's three days and three

17  nights.  So she bought a house and a business so

18  when I parole, I take care of it.

19      PRESIDING COMMISSIONER ST.JULIEN:  Oh.

20  Okay.  He's a letter, to the governor though.

21  And El Sanchez, and he's a pastor at a church at

22  Elmonte (phonetic).

23      INMATE URIETA:  Yes.  That's where the

24  family that resides over here they go to church

25  right there.

26      PRESIDING COMMISSIONER ST.JULIEN:  Okay.

27  And he says as a Sr. Pastor of this church I

39

1   want to state that the doors of the congregation

2   will tonight to be open to Mr. Urieta.  And we

3   believe that Mr. Urieta is a person that will

4   soon come to the congregation, and that they

5   offer you support and love.  And then Francisco

6   Cardenas, C-A-R-D-E-N-A-S, --

7           INMATE URIETA:  My cousin.

8           PRESIDING COMMISSIONER ST.JULIEN:  And he

9   works for Yamasa, Y-A-M-A-S-A, enterprises, and

10  they are in Los Angeles.  And he says that he's

11  your cousin and he's riding to plea clemency on

12  you're behalf. And he says he has served his

13  time, he is a changed man and is ready to be

14  part of our society.  If Roberto is release, I

15  would be more than happy to give him a job.  I

16  am willing to give him an opportunity.  And do

17  you know what Yamasa enterprises, what kind of

18  business that is?

19          INMATE URIETA:  It's like a factory.

20          PRESIDING COMMISSIONER ST.JULIEN:  Do you

21  know what they make?

22          INMATE URIETA:  Yeah, they make clothes.

23          PRESIDING COMMISSIONER ST.JULIEN:  So is

24  it like a sowing factory?

25          INMATE URIETA:  Yeah.

26          PRESIDING COMMISSIONER ST.JULIEN:  So

27  that's your job opportunity in L.A.?

40

1          **INMATE URIETA:**  Yes, in L.A.

2          **PRESIDING COMMISSIONER ST.JULIEN:**    Then

3    this is your mom who like you said is in

4    Rosorito, Baja, and she is, is it Artencia

5    (phonetic)?

6          **INMATE URIETA:**  Yeah.  Artencia Berria

7    (phonetic).

8          **PRESIDING COMMISSIONER ST.JULIEN:**

9    Aguire.

10         **INMATE URIETA:**  Yes.

11         **PRESIDING COMMISSIONER ST.JULIEN:**    And

12   then your sister Mary Criuze Marrieta

13   (phonetic).  Okay.  And she says please receive

14   my most sincere greetings and best wishes.  Oh,

15   that was last Christmas.  Okay.  I hope you will

16   find it in your hearts to grant this petition

17   from a desperate mother who cries everyday for

18   her son.  Her son and still has to hope to hold

19   him one day soon to hold him in my arms.  His

20   family and friends are ready to receive him, and

21   give him their love and moral spiritual support,

22   and even better, to give him a good job, so that

23   he can be economically independent.  And then

24   Anna Elizabeth Valasquez (phonetic), and she's

25   in Baja, California as well.  She's known you

26   for a very long time, and she wants to -- you

27   don't represent a danger to society, and you can

41

1    count on her support.   And then Sylvana Embarka

2    Macruse (phonetic).

3                         End Tape One

4         **DEPUTY COMMISSIONER MEJIA:**   Okay.   We're

5    back on record on Side B of this tape.

6         **PRESIDING COMMISSIONER ST.JULIEN:**   Okay.

7    So it looks like Mr. Macklis is a legislator in

8    Baja, California.   And he writes that he knows

9    your mother, and that he's heard about your

10   legal troubles.   I goes onto say that I pledge

11   my support for Roberto to be released in prison,

12   and I promise to give him a job at my business,

13   because I believe that he has morally, and

14   educationally proved himself, and I consider him

15   to be suited to readapt to society.   And this is

16   why I request that you consider his case as

17   special.   I issue this request at the interest

18   of party for the appropriate legal purposes.

19   And this is the Spanish translation.   Okay.   And

20   that's what I have.   Okay.   So would live with

21   your mom and sister in Rosarita?

22        **INMATE URIETA:**   Yes.   My sister lives in

23   Los Angeles, and (indiscernible).

24        **PRESIDING COMMISSIONER ST.JULIEN:**   And it

25   was your sister that signs that letter.   So what

26   about your daughter or is it your son you have?

27        **INMATE URIETA:**   My grandson.   Who's your

42

1    child.  Do you have a son or daughter?

2         INMATE URIETA:  I have a daughter.

3         PRESIDING COMMISSIONER ST.JULIEN:  And

4    where does she live?

5         INMATE URIETA:  She lives in San

6    Bernardino.

7         PRESIDING COMMISSIONER ST.JULIEN:  And

8    what about do you have a wife?

9         INMATE URIETA:  I used to, but she only

10   stood around three years, you know, and decided

11   --

12        PRESIDING COMMISSIONER ST.JULIEN:  So you

13   wouldn't -- so do you communicate now with your

14   daughter?

15        INMATE URIETA:  Through letters and

16   through the phone.  She's going to turn 22 in

17   June, but she already got married and she has a

18   kid.  My grandson right now is three years old.

19        PRESIDING COMMISSIONER ST.JULIEN:  Wow.

20        INMATE URIETA:  Yeah.  He's pretty big.

21        PRESIDING COMMISSIONER ST.JULIEN:  Yeah.

22   Okay.  So they're going to stay in San

23   Bernardino, and you're going to go to Rosarito?

24        INMATE URIETA:  Yeah, yeah.  I am going

25   to go to Mexico.  They're aware that I'm going

26   to go to Mexico and if they want to see me

27   they're going to have to go through Rosarito.

43

1      **PRESIDING COMMISSIONER ST.JULIEN:**  Oh,

2  okay.  So what is your job choice, you had

3  several offers, what would you do for a job in

4  Mexico?

5      **INMATE URIETA:**  In Mexico I want to take

6  care of my mom's business because she is --

7      **PRESIDING COMMISSIONER ST.JULIEN:**  And

8  what kind of business is that?

9      **INMATE URIETA:**  She has jewelry store.

10      **PRESIDING COMMISSIONER ST.JULIEN:**  Oh,

11  the  (phonetic) silver?

12      **INMATE URIETA:**  Yes.  She sells jewelry,

13  and also comments for the beach, you know, and

14  sandals and stuff.  And she's having trouble

15  right now keeping up with the business so she's

16  hoping that I get out so I can.

17      **PRESIDING COMMISSIONER ST.JULIEN:** So did

18  you come here without her?

19      **INMATE URIETA:**  No, I was brought when I

20  was 11 years old she brought me to the United

21  States.  She thought it would get me a better

22  life and a better future, in which I didn't take

23  advantage of it because obviously I did

24  something really bad.  And that's one of the

25  things that keeps me going and makes me think,

26  you know, that I'm obligated to show my mom that

27  she didn't fail.  That I'm going to get out some

44

1    day, and I'm going to do something for myself in
2    Mexico.  And I'm going to show her that I really
3    do love her, you know.

4            PRESIDING COMMISSIONER ST.JULIEN:  Okay.
5    Now when you were with the gang did you witness
6    any gang shootings?

7            INMATE URIETA:  No, no.  I never saw
8    that.  I saw sometimes the people getting jumped
9    and getting hit and that's it.  Getting robbed
10   sometimes.

11           PRESIDING COMMISSIONER ST.JULIEN:  Then I
12   still -- you said you had the gun because the
13   protection or you got robbed.  So you didn't
14   have the gun because you were afraid of
15   shootings?

16           INMATE URIETA:  Yeah, not only that.
17   Where I come from the culture or my family's
18   background since I was one-year-old all that I
19   remember it's a tradition to have a gun in the
20   house.  They, you know, they live in the hills
21   and my dad used to make a living hunting so when
22   I used to go visit them the first thing they
23   show me is come let me show you how to shoot a
24   gun.  So --

25           PRESIDING COMMISSIONER ST.JULIEN:  Okay.
26   So would you say that you were a pretty good
27   shooter?

45

1       **INMATE URIETA:**  Well, the times that I

2    practiced in Mexico, I was because my dad was

3    one of the best shooters in the whole, they call

4    them ranchos and some of my cousins and my

5    uncles used to tell me that I inherited that

6    from him, but I never paid attention to that.

7    So when I grew up, I always grew up, you know,

8    seeing gunning and rifles, so that wasn't

9    something out of this world, you know.

10       **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

11   So did it ever occur to you, did it ever occur

12   to you that night that with your experience with

13   guns and the fact that you were a good shooter

14   that once you pointed your gun and shot it that

15   you would probably hit your target?

16       **INMATE URIETA:**  I didn't thought about

17   that at the moment, but now that you bring it to

18   me attention, I should have thought about that.

19   Because I remember even when I was in high

20   school, I got involved with R.O.T.C., they used

21   to take us practice shooting, and they ranked me

22   as one of the highest, but I never paid

23   attention to that because I was.

24       **INMATE URIETA:**  Well, it seems to me that

25   you've well (indiscernible) is, but I would say

26   you probably would have known what you were

27   doing aiming a gun at Mr. Alvir.  Now why did

46

1  you go into the R.O.T.C.?

2        INMATE URIETA:  When I was in the

3  R.O.T.C., I did sign for more classes, but they

4  were making me use these tight pants that I

5  didn't like because they were real tight on me,

6  and I used to tell the instructor and he used to

7  say if you don't wear these tight pants, you're

8  not going to make it.  So I said well then take

9  me out of it.  And sometimes he'll, he told me I

10  feel like making an exception to you because you

11  are a good student, but if I do it with you, I'm

12  going to do it with everybody, so --

13        PRESIDING COMMISSIONER ST.JULIEN:  Okay.

14  Looking back on it what do you think you should

15  have done?

16        INMATE URIETA:  I should have joined.

17        PRESIDING COMMISSIONER ST.JULIEN:  Is

18  wear the tight pants, huh?

19        INMATE URIETA:  Yes.

20        PRESIDING COMMISSIONER ST.JULIEN:  Okay.

21  Well at least you've learned to follow

22  instructions and not be that picky in prison

23  because you don't have any violation, so at

24  least were something.  Okay, sir.  Post

25  commitment factors, commissioner?

26        DEPUTY COMMISSIONER  MEJIA:  Yes.  Mr.

27  Urieta, this is a reversal from the government

1  from February 25, 2005, and recommend

2  (indiscernible) your classification score is 19,

3  (indiscernible) custody level, your work

4  assignment is complete and repair.  You also

5  have -- I don't the one.  I wanted to here about

6  your recent supervisor's assessment.

7         INMATE URIETA:  Yes, I get it right here.

8         PRESIDING COMMISSIONER ST.JULIEN:  Okay.

9  Let's put it on record.  That's a laudatory

10  chrono?

11         INMATE URIETA:  Yes.

12         ATTORNEY CHRISTENSEN:  This is for A.A.

13         INMATE URIETA:  Oh, this is for A.A.?

14         DEPUTY DISTRICT ATTORNEY MORRISON:  Yes,

15  do you have board report?

16         INMATE URIETA:  I think I --

17         DEPUTY COMMISSIONER MEJIA:  Okay.  I'll

18  go on.  Academic history, he has a G.E.D. 1992.

19  High school diploma also.  Completed, he has a

20  12.9 G.P.L., also a high school diploma in 1983,

21  so he had G.E.D. and high school diploma.

22  Vocational history, vocational welding 1999.

23  Automotive tune-up, 1985, electronic classroom,

24  class tried to get certified electronic

25  technician, however the class was

26  (indiscernible).  He still needs 1290 to -- he

27  completed 1290 hours, and has 710 hours left to

48

1   get his certificate.  It's no fault of his own.
2   He's been in A.A. since 1992, his A.A.
3   participation is current to April 1, 2005.  He
4   has no 115's.  He has three 128's, last being in
5   1994.  The first one being 1990.  Affiliation is
6   18th Street gang as a drop out according to this
7   812 dated 8/10/05.  The psychological report
8   date is July 7, 2003, July 8, 2003 by Dr.
9   Hewchuk, H-E-W-K-H-U-K, a staff psychologist
10  indicates that at a time his mental status he
11  was very calm, pleasant, and cooperative and was
12  very alert, oriented to ask person, place, and
13  time.  Speech was articulate and meaningful.
14  Axis one, is not contributory to clinical
15  disorder.  Axis two, no contributory person
16  disorder.  We have life crime, the inmate takes
17  responsibility for his action, and is generally
18  remorseful.  He spoke all about his actions and
19  the victim's family, and recognizes that early
20  environment factors as the gang affiliation
21  (indiscernible) engaged in offense.  Assessment
22  of dangerousness, Mr. Urieta's potential of
23  living in a controlled institutional setting is
24  considered to be minimal relative to the total
25  inmate population.  Theses conclusion are based
26  on several factors.  Talks about 115's, and the
27  vocations, and educations that he has completed.

49

1   And says all though there's a prior history of

2   juvenile and adult gang related behavior, inmate

3   Urieta made a conscious choice to relieve all

4   his former gang affiliations once he entered

5   prison.  This conscious choice has completed

6   it's exemplary record at C.T.F.  If released in

7   the community, Mr. Urieta's violence potential

8   is estimated to be no greater than that of an

9   average citizen in the community.  He is highly

10  career motivated, and can be expected to adapt

11  quickly and successfully in the community

12  environment.  Is there any additions to what I

13  have presented, counsel?

14          **ATTORNEY CHRISTENSEN:**  Yes.  I think it's

15  important to note that under substance abuse

16  history Roman numeral number nine, in the psych

17  report, last sentence said inmate Urieta was one

18  of the founding members of A.A. at C.T.F. and at

19  one point served as vice president.  But in

20  addition to that Mr. Urieta established the

21  Spanish speaking A.A. group.  And also just to

22  go back one second and when you were going back

23  the various chronos, did you cover the one that

24  talks about his returning to the studies in the

25  certified electronic --

26          **DEPUTY COMMISSIONER MEJIA:**  Just put it

27  on record.  I am just asking you to make some

1    additions if you want to, okay?

2         **ATTORNEY CHRISTENSEN:**  Okay.  All right.

3    On 7/13/04, according to the instructor Larry

4    Butherwell  (phonetic),  he returned to his

5    studies in the certified electronics technician

6    classroom.  Due to circumstances beyond his

7    control (indiscernible) constitution programs

8    and many other situation, he has been unable to

9    complete the required hours.

10        **DEPUTY COMMISSIONER  MEJIA:**  I mentioned

11   that, counsel.  I said he needs 710 more units

12   to complete it --

13        **ATTORNEY CHRISTENSEN:**  Right.

14        **DEPUTY COMMISSIONER  MEJIA:**  I did

15   mention it.

16        **DEPUTY DISTRICT ATTORNEY MORRISON:**  Okay.

17   Thank you.

18        **DEPUTY COMMISSIONER  MEJIA:**  Thank you.

19   There's about 2000 hours that you need to

20   complete, you've completed about 1290, and you

21   needed 710 more hours.

22        **INMATE URIETA:**  Can I say something?

23        **DEPUTY COMMISSIONER  MEJIA:**  Sure.

24        **INMATE URIETA:**  I talked to Mr. Dave

25   Rodriguez before I was coming to the Board about

26   making a chrono, but due to some sickness he

27   went to the hospital for two days --

51

1         **DEPUTY COMMISSIONER MEJIA:** A chrono

2   wouldn't have done anything.

3         **INMATE URIETA:** That I helped him

4   establish the A.A. for the Spanish speaking

5   because we only had it at north.

6         **DEPUTY COMMISSIONER MEJIA:** We'll

7   stipulate, you know.

8         **INMATE URIETA:** Yeah.

9         **DEPUTY COMMISSIONER MEJIA:** We'll not on

10  record.

11        **DEPUTY COMMISSIONER MEJIA:** I have a

12  question for you though.

13        **INMATE URIETA:** Yes.

14        **DEPUTY COMMISSIONER MEJIA:** When you

15  told me told us that the reason you have a gun

16  would you describe because you've been jumped

17  before, and been robbed before. Okay. Did you

18  tell anybody about that?

19        **INMATE URIETA:** No.

20        **PRESIDING COMMISSIONER ST.JULIEN:** Did

21  you seek some help to --

22        **INMATE URIETA:** No, I didn't.

23        **DEPUTY COMMISSIONER MEJIA:** Why?

24        **INMATE URIETA:** Probably my upbringing in

25  Mexico that if you go through those procedures

26  that you don't tell nobody, that you are a

27  macho, you're not supposed to cry to nobody,

52

1    that somewhat I was taught to.

2        **DEPUTY COMMISSIONER MEJIA:**  So you

3    bought the gun to -- why did you buy the gun.

4        **INMATE URIETA:**  At the moment it was to

5    protect myself, you know to make sure that I --

6        **DEPUTY COMMISSIONER MEJIA:**  Where did

7    you buy the gun?

8        **INMATE URIETA:**  On the streets, you know,

9    back then it was easy to get a gun on the

10   streets.  Back then we're talking about so many

11   years ago, imagine now.

12       **DEPUTY COMMISSIONER MEJIA:**  I heard you

13   mention that you were hanging around with the

14   gang members, however you were not jumped into

15   the gang.

16       **INMATE URIETA:**  Yeah, that's why --

17       **DEPUTY COMMISSIONER MEJIA:**  Do you see

18   the difference between being jump, I know -- do

19   you accept the fact that you are an affiliater

20   and is associate with them.

21       **INMATE URIETA:**  Yes, I accept that.

22       **DEPUTY COMMISSIONER MEJIA:**  But the

23   reason you're saying your not a member is

24   because you weren't jumped in?

25       **INMATE URIETA:**  Yeah.  I didn't go to

26   those virtues that's why I don't consider myself

27   a gang member.  And when I came to --

53

1          **DEPUTY COMMISSIONER MEJIA:** What do you
2    consider yourself?
3          **INMATE URIETA:** I consider myself a
4    normal person now.
5          **DEPUTY COMMISSIONER MEJIA:** You don't
6    consider yourself an associate to those gang
7    people?
8          **INMATE URIETA:** Not no more.
9          **DEPUTY COMMISSIONER MEJIA:** No, before
10   at the time.
11         **INMATE URIETA:** At the time, yes. I
12   consider myself because I used to hang around
13   with them most of the time.
14         **DEPUTY COMMISSIONER MEJIA:** Why did you
15   have to go -- okay, you thought your friend was
16   left there and he must be in trouble, so you
17   came back there with a gun for what reason?
18         **INMATE URIETA:** I always have the gun
19   with me.
20         **DEPUTY COMMISSIONER MEJIA:** You always
21   had it? When they broke the glass?
22         **INMATE URIETA:** When they broke the glass
23   I had the gun, but at the moment, you know, I
24   wanted to prevent that, any confrontation,
25   that's why we run away. When we got over there
26   we came back again, and when I saw is
27   confrontation again is when I decided to use it.

54

1          **DEPUTY COMMISSIONER MEJIA:**  I've got no
2   other questions.
3          **PRESIDING COMMISSIONER ST.JULIEN:**  Then
4   why do documents state that you drove to the
5   scene a window got broken, and you left, you
6   went home, then you got the gun, and then you
7   went back?
8          **INMATE URIETA:**  Yes, they stated that I
9   went home and 20 minutes later -- I went home
10  but --
11         **PRESIDING COMMISSIONER ST.JULIEN:**  To get
12  the gun, they're saying you went home to get the
13  gun --
14         **INMATE URIETA:**  Yes, yes.  That's what
15  they're saying.
16         **PRESIDING COMMISSIONER ST.JULIEN:**  Is
17  that true?
18         **INMATE URIETA:**  No, it's not true.  But
19  the report said that.  I'm not going to argue
20  with the report, you know, I'm saying that in my
21  point of view what really happened because I was
22  there.
23         **PRESIDING COMMISSIONER ST.JULIEN:**  Did
24  you have the gun with you the first time to that
25  area?
26         **INMATE URIETA:**  The first time.  I always
27  had it with me.  I just didn't tell nobody.

1          PRESIDING COMMISSIONER ST.JULIEN:  So you

2     did go back to get the gun?

3          INMATE URIETA:  No, I never did.

4          PRESIDING COMMISSIONER ST.JULIEN:  But

5     they put it down that I did went back because we

6     did went back even the officer said, no, you

7     went back and got the gun on yourself came back

8     and killed them.  That's the way that put it

9     down, and I always told them, no, I didn't.  I

10    always had the gun with me.  And they asked me

11    if the fellows knew about it, I go, they never

12    did because I never showed it to nobody.

13         PRESIDING COMMISSIONER ST.JULIEN:  Okay.

14    So did you know that or did you think that when

15    you shot Mr. Alvir, even if you didn't kill him,

16    but you still wounded him or shot him that that

17    would give you some good standing or some points

18    with the gang because he was another rival gang

19    member?

20         INMATE URIETA:  No.  You see like I said

21    it on the record, and Pitufo, Cacaras, the

22    driver were both in the same gang as the victim

23    is.  So if it was about the gang their homeboys

24    would hurt me.  How can I go and shoot one of

25    his and put in as a gang, you see.  The officer

26    never checked to find out --

27         PRESIDING COMMISSIONER ST.JULIEN:  What

56

1  membership he was.

2      **INMATE URIETA:**  -- if they were from a

3  gang or not.  And Cacaras and Pitufo, they were

4  from the same gang as the victim.

5      **DEPUTY COMMISSIONER MEJIA:**  What gang is

6  that?

7      **INMATE URIETA:** Madas al vetucha

8  (phonetic) that what the gang was from.  The

9  only person that is from 18th street was Caesar,

10  okay.  And when the incident happened they said

11  that somebody screamed 18th Street, that they

12  were proud.  How can somebody scream 18th street

13  when the driver is from the same gang the victim

14  is?  So when the commotion happened even after

15  the commotion happened and when the report of

16  the victim they said that he was on some kind of

17  drug.  So when that happened he didn't even

18  recognize his own homeboys his friends.  So if

19  it was about gang these guys would have hurt me

20  right there.  You killed one of us, now were

21  going to kill you because that's how they work.

22      **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

23  And your mom said that she didn't think you were

24  the trigger person the shooter.  She said that

25  you were taking the blame for the other guys in

26  the car.

27      **INMATE URIETA:**  Yes.  The reason my mom

57

1  said that because the up bring she taught me.

2         **PRESIDING COMMISSIONER ST.JULIEN:**    So

3  that's not true you're not taking the blame for

4  the other people?

5         **INMATE URIETA:**    No, I'm not.    You see my

6  mom, you know how moms are, for them you're the

7  world, and you're not a bad person, you're an

8  angel, you know.    And you go out you make your

9  own choices.

10        **DEPUTY COMMISSIONER MEJIA:**    You didn't

11  tell her that?

12        **INMATE URIETA:**    Yes, I did.    I told my

13  mom right now.    I go, hey, mom, hey I did a big

14  mistake.

15        **DEPUTY COMMISSIONER MEJIA:**    Did you tell

16  --

17        **INMATE URIETA:**    Oh, back then?

18        **DEPUTY COMMISSIONER MEJIA:**    Uh-huh.

19  That you were not the shooter that you --

20        **INMATE URIETA:**    No, no.

21        **DEPUTY COMMISSIONER MEJIA:**    That you

22  were taking the blame for somebody?

23        **INMATE URIETA:**    No, I never did tell her

24  that.

25        **PRESIDING COMMISSIONER ST.JULIEN:**    Okay.

26  The Board send out notices that are called 3042

27  notices to the courts and law enforcement to let

1    them know that you are up for parole, and I

2    don't have any letters for anybody, but we do

3    have the presence of the district attorney from

4    L.A. County and Mr. Morrison, do you have any

5    questions for Mr. Urieta?

6            **DEPUTY DISTRICT ATTORNEY MORRISON:**    Just

7    a couple.  Was Mr. Cacaras the inmate's friend?

8            **INMATE URIETA:**    Excuse me.

9            **DEPUTY COMMISSIONER MEJIA:**    Was Mr.

10   Cacaras your friend?

11           **INMATE URIETA:**    Yes, I consider him my

12   friend.

13           **DEPUTY COMMISSIONER MEJIA:**    Close

14   friend?

15           **INMATE URIETA:**    No, not that close.  He

16   was my neighbor.  He lived across -- where I

17   live my apartments Pitufo lived in the second

18   floor, and Cacaras lived one block down, and

19   Caesar lived in the same building, so sometimes

20   when I come out to the porch, they'll come

21   around, you know, and say, hi, and just talk a

22   little bit and then leave because they used like

23   sport like soccer, and I like soccer.  And

24   that's basically, and they why if you consider

25   just by talking to them, but a close. close like

26   I could say a friend that I could trust, no.

27   They weren't my close friends.

59

1          **DEPUTY DISTRICT ATTORNEY MORRISON:**  Can

2     the inmate explain why Mr. Cacaras told the

3     police in his confession that after the shooting

4     suspect one, the inmate, and suspect three

5     commented that they were proud they had avenged

6     an insult to they're gang.

7          **INMATE URIETA:**  I cannot debate that

8     because I wasn't there when he said that.  But

9     he told us that he was a part of that gang and

10    Pitufo too.  But he probably always denied in

11    time that I didn't hang around with 18th street,

12    which I do, you know, I did back then.  Once I

13    came to prison I realized that hanging around

14    those guys has been my biggest mistake.  So

15    since I've been in prison, I haven't run into

16    trouble because I avoided all that.

17          **DEPUTY DISTRICT ATTORNEY MORRISON:** Did

18    the inmate give a statement to the police

19    department after he was arrested?

20          **PRESIDING COMMISSIONER ST.JULIEN:**  Did

21    you hear that?

22          **INMATE URIETA:**  Excuse me?

23          **PRESIDING COMMISSIONER ST.JULIEN:**  Did

24    you give a statement to the police after you

25    were arrested?

26          **INMATE URIETA:**  At the station?

27          **DEPUTY DISTRICT ATTORNEY MORRISON:**  Yes,

60

1    I think I did.

2         **DEPUTY DISTRICT ATTORNEY MORRISON:**   Did

3    you tell the police what happened in the crime?

4         **INMATE URIETA:**   I don't recall telling

5    them right there what really happened.   I recall

6    denying at first, denying what happened.

7         **DEPUTY DISTRICT ATTORNEY MORRISON:**   After

8    he admitted it did he tell them what happened.

9         **INMATE URIETA:**   Yes, I think I did.

10        **DEPUTY DISTRICT ATTORNEY MORRISON:**   Did

11   you tell them the truth?

12        **DEPUTY DISTRICT ATTORNEY MORRISON:**   No, I

13   didn't tell them the truth, I lied.

14        **DEPUTY DISTRICT ATTORNEY MORRISON:**   What

15   lies did he tell the police about the crime?

16        **INMATE URIETA:**   I don't recall the lies

17   because it's been so long.

18        **DEPUTY DISTRICT ATTORNEY MORRISON:**   Did

19   the inmate tell the police that because they

20   went over with Pitufo, and the other guys to go

21   buy some weed, but they went to Pico and

22   Normandy, and one of them -- and Cacaras saw a

23   fight they stopped to watch, did you tell them

24   that?

25        **INMATE URIETA:**   Yes.

26        **DEPUTY DISTRICT ATTORNEY MORRISON:**   Did

27   the inmate tell them when the fight stopped, the

61

1    victim, the one who was killed, asked the inmate
2    if they wanted to buy some weed?
3           **INMATE URIETA:**  Yeah, he asked me.
4           **DEPUTY DISTRICT ATTORNEY MORRISON:**  Did
5    the inmate tell police that when he said no, the
6    victim became belligerent and told them to
7    leave.
8           **INMATE URIETA:**  Yes, I did.
9           **DEPUTY DISTRICT ATTORNEY MORRISON:**  Did
10   he tell the police that the victim stated, fuck
11   18th Street, this is playboys.
12          **INMATE URIETA:**  No, I don't recall saying
13   that, if I did -- it came out of my words --
14          **DEPUTY DISTRICT ATTORNEY MORRISON:**  Well,
15   first of all did the inmate tell the police that
16   the victim said that?
17          **INMATE URIETA:**  The victim never said
18   something like that, he just say, he used words
19   that I cannot say right here, and told us to
20   leave.
21          **DEPUTY COMMISSIONER  MEJIA:**  Other then
22   the four letter words, what else did he say?
23          **INMATE URIETA:**  Just to get out of here.
24          **DEPUTY DISTRICT ATTORNEY MORRISON:**  Did
25   the victim that was -- did the inmate tell
26   police that the victim broke out the window of
27   their car with the hammer?

62

1          INMATE URIETA:  Yes.

2          DEPUTY DISTRICT ATTORNEY MORRISON:  Did

3   that happen?

4          INMATE URIETA:  Yes.

5          DEPUTY DISTRICT ATTORNEY MORRISON:  Did

6   the inmate tell the place that the inmate became

7   enraged?

8          INMATE URIETA:  The inmate became enraged

9   when that happened yes, I did.  I told them.

10         DEPUTY DISTRICT ATTORNEY MORRISON:  Was

11  that true?

12         INMATE URIETA:  Yes.

13         DEPUTY DISTRICT ATTORNEY MORRISON:  Did

14  the inmate tell the police that they went back

15  to the inmates residence, and the inmate armed

16  himself with a 25 auto?

17         INMATE URIETA:  Yes, I did.  I told them

18  that at the time.

19         DEPUTY DISTRICT ATTORNEY MORRISON:  Is

20  that true?

21         INMATE URIETA:  I lied.

22         DEPUTY DISTRICT ATTORNEY MORRISON:  What

23  part of that was a lie?

24         INMATE URIETA:  They went and armed

25  myself, I always had the gun.

26         DEPUTY DISTRICT ATTORNEY MORRISON:  Did

27  the inmate tell the police that drove by the

63

1   victim and he fired three rounds at the victim?

2           **INMATE URIETA:**  Yes, I did.

3           **DEPUTY DISTRICT ATTORNEY MORRISON:**  Was

4   that true?

5           **INMATE URIETA:**  No, it wasn't.  It was a

6   lie.

7           **DEPUTY DISTRICT ATTORNEY MORRISON:**  Why

8   did the inmate lie to the police about that?

9           **INMATE URIETA:**  Because at the time, I

10  wasn't really sure what was happening, I was

11  lying because that's what I had been doing most

12  of the time, lying.

13          **DEPUTY DISTRICT ATTORNEY MORRISON:**  When

14  the inmate says, that's what he's been doing

15  most of the time, is he talking about his life

16  of crime?

17          **INMATE URIETA:**  No, my past.  When I was

18  on the streets.

19          **DEPUTY DISTRICT ATTORNEY MORRISON:**  How

20  many people were around the victim when the

21  inmate shot at the victim?

22          **INMATE URIETA:**  I don't recall.

23          **DEPUTY DISTRICT ATTORNEY MORRISON:**

24  Ballpark?

25          **INMATE URIETA:**  About three, three, two.

26          **DEPUTY DISTRICT ATTORNEY MORRISON:**  Two

27  or three other people besides the victim?

64

1          INMATE URIETA:  Yes.

2          DEPUTY DISTRICT ATTORNEY MORRISON:   The

3  victim was about 10 feet away?

4          INMATE URIETA:  Yes.

5          DEPUTY DISTRICT ATTORNEY MORRISON:   how

6  close were the two or three people to the

7  victim?

8          INMATE URIETA:  Some of them were closer

9  to ours.

10         DEPUTY DISTRICT ATTORNEY MORRISON:

11 Within 10 feet of the --

12         INMATE URIETA:  Well, exactly I didn't

13 see exactly because when they came approach us

14 everybody just run, so I didn't exactly where

15 they were standing or who they were.

16         DEPUTY DISTRICT ATTORNEY MORRISON:   Did

17 the care at the time he was shooting?

18         DEPUTY DISTRICT ATTORNEY MORRISON:   No,

19 at the moment I care.

20         DEPUTY DISTRICT ATTORNEY MORRISON:   So

21 the inmate endangered not only the victim that

22 he killed, but everybody else out on the

23 sidewalk in that area?

24         INMATE URIETA:  Yes, I did.  I endangered

25 more than one person.

26         DEPUTY DISTRICT ATTORNEY MORRISON:   How

27 does the inmate feel about that?

1        **INMATE URIETA:**  Remorse, and sorry for
2   that situation.

3        **DEPUTY DISTRICT ATTORNEY MORRISON:**  Why?

4        **INMATE URIETA:**  Because who am I to take
5   somebody else's life?

6        **DEPUTY DISTRICT ATTORNEY MORRISON:**  I'm
7   not supposed to --

8        **DEPUTY COMMISSIONER MEJIA:**  You need to
9   speak to the Panel.

10       **INMATE URIETA:**  Oh, excuse me.  I'm
11  nobody to make those choices.  Only our god is
12  the one who makes the decision of who lives and
13  who dies.

14       **DEPUTY DISTRICT ATTORNEY MORRISON:**  When
15  did the inmate get the tattoos on his hand?

16       **INMATE URIETA:**  Oh, when I was on the
17  streets.  I got one only.  Three dots and this
18  cross.

19       **DEPUTY DISTRICT ATTORNEY MORRISON:**  And
20  what do those stand for?

21       **INMATE URIETA:**  Supposedly, these three
22  dots it says my crazy life, that's what it's
23  supposed to mean.

24       **DEPUTY DISTRICT ATTORNEY MORRISON:**  La
25  Vida Loco?

26       **INMATE URIETA:**  Yeah.  Something like
27  that.

66

1          **DEPUTY DISTRICT ATTORNEY MORRISON:**   And

2    that's a gang term, isn't it?

3          **INMATE URIETA:**   Not exactly.   A lot of

4    people that uses they're not gang affiliates

5    they just think their life is crazy.

6          **DEPUTY DISTRICT ATTORNEY MORRISON:**   Is

7    that an expression among 18th Street in

8    particular and Hispanic gangs in general?

9          **INMATE URIETA:**   Yes.   It's an expression,

10   but I met people that are not gang members, and

11   they have those dots, even in their face.   And

12   their not gang members.

13         **DEPUTY DISTRICT ATTORNEY MORRISON:** Is

14   Marasalvatrucha, which is because it's been

15   spelled wrong in a lot of previous transcripts,

16   M-A-R-A-S-A-L-V-A-T-R-U-C-H-A, commonly referred

17   to as M.S., is that 18th Streets biggest rival?

18         **INMATE URIETA:**   At the moment on the

19   streets, no.

20         **DEPUTY COMMISSIONER  MEJIA:**   No, at the

21   time.

22         **INMATE URIETA:**   At the time, at that time

23   when I was on the streets, no, it wasn't.   It

24   was playboys.   Their biggest rival.   Excuse me?

25   At the moment Marasalvatrucha get a long with

26   that gang.

27         **DEPUTY DISTRICT ATTORNEY MORRISON:**   And

1  the told the police that the victim had yelled

2  fuck 18th Street, this is playboys, correct?

3       **INMATE URIETA:**  No, I don't recall

4  telling them that, that he said that because

5  he's not from playboys, he was from M.S.  And I

6  know that he was from that gang because when

7  that incident happened the Caesar told me and

8  Pitufo.  They told me that he was from M.S.  And

9  they also told me his nickname.  They call

10  (indiscernible).

11       **DEPUTY DISTRICT ATTORNEY MORRISON:**  What

12  was the inmate's nickname?

13       **INMATE URIETA:**  My nickname when I used

14  to hang around with the guys, they use to since

15  my last name is (indiscernible), they used to

16  say Gary and some people used because I was bad

17  luck in Mexico they used the word Salalo

18  (phonetic) like you are bad luck.

19       **DEPUTY DISTRICT ATTORNEY MORRISON:**  Thank

20  you.  I have no further questions..

21       **PRESIDING COMMISSIONER ST.JULIEN:**

22  Counsel?

23       **ATTORNEY CHRISTENSEN:**  Okay.  So what's

24  different about you now?

25       **INMATE URIETA:**  I have educated myself.

26  I have come to my sense that the gravity of the

27  crime is serious really serious thing, you know,

68

1   and I'm in big trouble because the wrong
2   decisions I have done in my life.
3       ATTORNEY CHRISTENSEN:   All right, would
4   you ever use a gun again?
5       INMATE URIETA:   No, never.   No matter if
6   I go visit my grandpa whoever I visit.   I'm
7   going to tell them that's what it caused me half
8   of my life, using the guns.   I know that they're
9   not men, they weren't invented to kill people.
10   They were meant probably to hunt or to feed
11   you're family, but I used it is wrong way.
12       ATTORNEY CHRISTENSEN:   Where you hope to
13   return to Mexico if you were to be deported,
14   which is quiet likely, are there gangs in that
15   area?
16       INMATE URIETA:   No.   Where I live my mom
17   says that that's a nice neighborhood, and she
18   picked the neighborhood because she doesn't want
19   me to go back to the something that created this
20   whole commotion.
21       ATTORNEY CHRISTENSEN:   And then finally,
22   last question.   Would you ever try to return to
23   the U.S.?
24       INMATE URIETA:   Never, never.   I'm
25   ashamed what I did, you know.   I feel bad
26   because how I'm going to come to United States,
27   and show my face, and say here I am again.   I

1    created this problem before.  And I don't have a

2    face to come in and see the seed of Los Angeles

3    and tell them I went to Mexico.  I came and did

4    this crime and I went back, and here I am again.

5    I don't see that that's right because my

6    education and my upbringings have taught me that

7    if you hurt somebody, you got to stay a way from

8    that part where you hurt somebody.  So I'm not

9    thinking about coming over here because I have

10   to make my life in Mexico.

11          **ATTORNEY CHRISTENSEN:**    All right.  No

12   further questions for Mr. Urieta.

13          **PRESIDING COMMISSIONER ST.JULIEN:**  Okay.

14   Thank you.  Closing statement, please, Mr.

15   Morrison.

16          **DEPUTY DISTRICT ATTORNEY MORRISON:**    I'm

17   going to quote briefly from a distinguished

18   colleague in my office, who is the head of the

19   lifer program for many years.  Diane Vezanni, V-

20   E-Z-A-N-N-I, who in 1995 addressed the Panel and

21   said, thank you on behalf of the L.A. County

22   District attorney's Office, we'd be opposed to

23   this young mans receiving a parole date.  He's

24   still a clear danger to society if he was

25   release.  He's lying through his teeth there

26   this Panel.  I don't know if he thinks that you

27   fell off a Turnip yesterday or what, but I hope

70

1    it comes because to haunt him because you'll

2    have copies of all the police reports, his

3    confession, the search warrant, and the

4    affidavit, and the fact that they found the gun

5    hidden in his house. Those documents have all

6    been supplied. What they show is that there are

7    statement of witnesses, police reports, and

8    interviews with the inmate and his crime

9    participates who were in the car. They started

10   yelling their gang name, 18th Street. I'm

11   paraphrasing and giving my own comments. And

12   the other one started yelling back M.S. and

13   playboys. The inmate went home, this was

14   nothing but premeditated and got the gun.

15   That's what he told the Los Angeles Police

16   Department as contained in the typed statement

17   of his Miranda statement. He talked about the

18   victim yelling fuck 18th Street, this is

19   playboys. He has told us here today that

20   playboys was the big rival at that time of 18th

21   street. They shut off the light in the car as

22   told by all of the witnesses, the car came up,

23   and three shots came out of the car,

24   contradicting his statements that he stopped and

25   got out. I don't know why he still keeps saying

26   that other than it comes off as more macho that

27   he actually got out of the car and confronted

1  the victim.  He shot three times.  There were

2  other people on the sidewalk.  There were other

3  people in the vicinity because many of them were

4  witnesses.  He talks about being in an

5  associate.  Yet, the way he was found was the

6  witnesses identified him as being with 18th

7  Street, and the detective who worked for crash

8  the Los Angeles Police Department gang unit,

9  found all his information and photos they used

10  to show mug shuts to the witnesses and crash

11  18th Street gang files.  He previously

12  threatened a teacher, and said gave his gang

13  name, and that he was from 18th Street.  And

14  then sits there is talks about that he's never

15  been a member because he didn't go through the

16  rituals.  We don't know if that is correct or

17  not.  This is a type of gang violence, and I

18  don't know if he always carried a gun or not,

19  but it's not uncommon for gang members to

20  regularly carry guns.  I'm not sure why he would

21  lie to the police and say he went home and got

22  the gun and came back.  And then his crime

23  partner told the police in his interview that

24  after ward the inmate commented, it was proud

25  they had avenged an insult to their gang in

26  third person in the car.  This is the kind of

27  gang violence that plagues every community in

72

1  the State of California.  And unfortunately

2  people like the inmate, his gang, and the rival

3  gangs are like rats through out Los Angeles

4  endangering citizens and gunning down people,

5  innocent people, everyday.  The victim

6  (indiscernible) bang out the window with a

7  hammer and yelled gang names, but that didn't

8  call for deadly retaliation, endangering other

9  persons.  We believe the governor was correct,

10 in saying this crime, the danger it presented

11 the differing stories given by the inmate are

12 reason to deny.  There's no question the

13 inmate's done well in prison, and I commend him

14 for that.  He is supposed to be acting that way

15 in prison.  He will most likely get a date some

16 day and be deported, but for this crime he

17 deserves to be punished longer.  And I note that

18 the inmate's attitude, his demeanor here does

19 not -- he says the words, but he doesn't convey

20 a real sense of contrition and remorse.  We are

21 concerned about that.  We continue to oppose

22 parole for the inmate.  Thank you.

23      **ATTORNEY CHRISTENSEN:**  On the contrary I

24 got a sense of deep remorse for Mr. Urieta, not

25 just from what he said but the way he expressed

26 himself Mr. Urieta has a very sincere earnest

27 way of expressing himself and getting his points

73

1    across, and I was very pleased with his
2    presentation here today.  I think he gave a very
3    thorough account of everything that happened.
4    He was the only one was there.  He has
5    absolutely no reason to lie at his parole
6    hearing as to what happened.  And he's been
7    consistent through out.  And just one more
8    comment about remorse.  He certainly knows about
9    the effects of violence.  His own father was
10   killed when he was just an infant at the age of
11   one.  He knows the name of the victim, he knows
12   about the victim through his mom, and he's tried
13   to make amends through his mother through her
14   affiliation with the church.  He's gone above
15   and beyond what most inmates do in terms of
16   wanting to know about the person that he killed.
17   This is not just some nameless face.  This is
18   someone who is truly remorseful for what he did.
19   I hope that this Panel gives Mr. Urieta a Parole
20   date.  The last Panel was very impressed with
21   him.  Since his last parole hearing on 9/27/04,
22   he's continued to do the outstanding
23   programming.  He has not veered at all from the
24   course that he set from himself.  Mr. Urieta is
25   really a changed man.  And the main thing for
26   this Board to decide is are the changes that
27   he's made within himself sufficient to give you

74

1   assurance that he is lot likely to commit this

2   crime again or any crime.  Is he going to be any

3   degree a threat to society?  And we have to say

4   that the answer is, no.  Mr. Urieta is total

5   prosocial in his approach to everything that he

6   does.  He discusses what the gang membership, be

7   it as an associate or whatever, neighbors,

8   friends.  He has good insight as to why he was

9   with them, what exactly his involvement was.  He

10  gave a complete description of what happened

11  that day.  Was he immature?  Yes.  Was he

12  foolish?  Yes.  All of those things.  But Mr.

13  Urieta is not that same person today.  He has

14  matured.  His judgment has improved.  And if you

15  look at all of his accomplishments, and I will

16  just briefly go over it again, and it's just the

17  something that the prior panel found.  How he is

18  upgraded himself educationally with G.E.D., tape

19  score 12.5, college courses, various self-help

20  programs, he started an A.A. program here,

21  marketable skill, welding, other things as well

22  that he has tried to complete.  All of these

23  things speak very strongly to someone who has

24  persistently tried to make permanent changes in

25  himself.  His way of thinking.  His actions.

26  This is someone who has shown the ability to

27  absolutely comply with the Rules and Regulations

```
 1    of the Prison.  He's been disciplinary free for
 2    his entire incarceration.  And it's very rare
 3    that we find an inmate like that, who has been
 4    able to deal with the stresses of being in
 5    prison and comporting himself in an exemplary
 6    fashion.  That shows maturity, and growth, and
 7    understanding.  Mr. Urieta, is all set up to
 8    return to Mexico, his family waits for him
 9    there, residence, he has a job working in the
10    family business.  There is no doubt that he
11    would be deported to Mexico, but in the event --
12    in the highly unlikely event that he is not, or
13    if there's some delay, he's also made some
14    alternate parole plans for right here in
15    California.  The very best thing to happen at
16    this point would be for Mr. Urieta to be
17    deported return to Mexico, and live remainder of
18    his life there.  There are no gangs in Mexico,
19    even if they were, I am sure he would entirely
20    shun them.  He will be successful in whatever he
21    endeavor he involves himself in there in Mexico
22    because that is the type of person he is.  And I
23    really hope that this Board gives him a chance
24    to parole because I am sure that he will be a
25    success.  Thank you.
26                      Tape Two
27         DEPUTY COMMISSIONER MEJIA:  Mr. Urieta,
```

76

1    would you like to add to what your attorney just
2    said, it's up to you.
3         INMATE URIETA:  Yes, I would like to say
4    something.
5         DEPUTY COMMISSIONER  MEJIA:   Okay.  Go
6    ahead.
7         INMATE URIETA:  Last time I was here at
8    the Board, I had a good talk with the district
9    attorney from Los Angeles, the one that we had
10   last time, and he even told me that he wished
11   for me to get paroled because I have done a
12   great deal for myself.  And he asked me if I had
13   any ideas on how to prevent this gangs from
14   becoming more dangerous then what they already
15   are?  And I told him, I go, I got a lot of
16   ideas, great ideas because I lived through that,
17   and I've been there.  And I was willing to share
18   with him, but since I was going to be deported I
19   was going to try to some create some kinds of
20   programs in Mexico.  And he told me that he was
21   willing to here the good ideas, and to him now
22   what Mr. Morrison, he really shock me, because I
23   don't know if there's a lot of difference
24   between the last district attorney with this
25   one, since both saw the records, read the
26   statements.  Yes, I did lie on some parts, I'm
27   not going to contradict that, and I'm not going

77

1   to say that I'm a saint, you know.  I did a lot

2   of mistakes in my life, and since I came to

3   realize that those mistakes are the ones that

4   are being keeping me away from my family.

5   Keeping me away from doing something better for

6   my lives and they're lives.  And to do something

7   for not only my family, for so many victims out

8   there in the same situation that my family were

9   before, and we fought through it, and we made

10  it.  And I even told my mom to look for the

11  person that took my father's life, because I

12  wanted to talk to him and forgive him because of

13  that.  Because here I am in the same situation

14  that that person was.  And who am I to tell him

15  that he did wrong.  If that was the choice, I

16  forgive him for taking my dad's life because I

17  would be a hypocrite for me not to forgive him

18  and here I am --

19          PRESIDING COMMISSIONER ST.JULIEN:   Mr.

20  Urieta, I think that you have adequately

21  addressed why your suitable for parole, and

22  theirs is no need to (indiscernible).

23          INMATE URIETA:  Yes.  Okay.  Well, that's

24  all I got to say.  Thank you for your time.

25          PRESIDING COMMISSIONER ST.JULIEN:   Okay.

26  Thank you, sir.  We'll recess now for

27  deliberations.

```
 1                    R E C E S S
 2                     --oOo--
 3    \\
 4    \\
 5    \\
 6    \\
 7    \\
 8    \\
 9    \\
10    \\
11    \\
12    \\
13    \\
14    \\
15    \\
16    \\
17    \\
18    \\
19    \\
20    \\
21    \\
22    \\
23    \\
24    \\
25    \\
26    \\
27    \\
```

79

1    **CALIFORNIA BOARD OF PAROLE HEARINGS**

2    **D E C I S I O N**

3    **DEPUTY COMMISSIONER MEJIA:**  We're back

4    on record for our decision on Mr. Urieta's

5    hearing.

6    **PRESIDING COMMISSIONER ST.JULIEN:**  Okay,

7    sir.  All parties have returned to the room.

8    And Mr. Urieta, the Panel has reviewed all the

9    information received from the public and relied

10   on the following circumstances in concluded that

11   the inmate is not suitable for parole.  He would

12   oppose an unreasonable risk of danger to

13   society, and a threat to public safety if

14   released from prison.  Specifically, the offense

15   was carried in an especially cruel and callous

16   manner, and the offense was carried out in a

17   manner which demonstrates an exceptionally

18   callous disregard for human suffering in that at

19   the time the crime was committed it was a public

20   area, it was an open area, and other individuals

21   could have been injured or killed.  And the

22   motive for the crime is very trivial in relation

23   to the offense in that the, I think the stated

24   motive is that the inmate and his crime partners

25   were going to scare the victim.  After the

26   victim had broken their car window, and there

27   **ROBERT URIETA  D-61987  DECISION PAGE 1  9/29/05**

1    also seems to be some gang retaliation involved

2    in the crime.  And these conclusion are drawn

3    from the statement of facts as they appear in

4    the crime section in the September 2005 Board

5    Report, where it states that on June 5, 1986,

6    Urieta and Cacaras, C-A-C-A-R-A-S, drove to a

7    location in West Pico Boulevard, and Urieta shot

8    the victim Alvir, A-L-V-I-R, with a 25 caliber

9    handgun, and Alvir died at the scene.  And the

10   inmate has on previous occasions inflicted or

11   attempted to inflict serious injury on a victim,

12   and I'm referring to the battery charge and

13   assault with a deadly weapon.  And the inmate

14   also has an escalating pattern of criminal

15   conduct in violence, and I'm looking at the

16   juvenile record.  There's two violations, a

17   violation in '82, and '83, and then as an adult

18   in 1984 assault with a deadly weapon on a police

19   officer, and the inmate was given a 12 month

20   probation sentence for that, which he failed,

21   and has failed also to profit from society's

22   previous attempts to correct his criminality,

23   and that also includes that adult probation

24   sentence.  And sir, this is one year denial.

25   And the psychological report dated July 8, 2003,

26   by Dr. Hewchuk, H-E-W-C-H-U-K, is favorable in

27   **ROBERT URIETA  D-61987  DECISION PAGE 2  9/29/05**

81

1   that it states that the inmate has no greater

2   than average, or no greater risk than the

3   average citizen.  And is inmate does have

4   realistic parole plans in the County of

5   residence, as well as in Mexico, and he does

6   have acceptable employment plans, and he does

7   have marketable skills, such as welding and auto

8   tune-up.  The hearing Panel notes that responses

9   to Penal Code Section 4032 notices indicate

10   opposition to finding the parole suitability

11   from the district attorney of Los Angeles

12   County.  And the Panel makes the following

13   findings.  The inmate's gains are recent, he

14   must demonstrate an ability to maintain these

15   gains over an extended period of time, and the

16   Panel recommends that the inmate remain

17   disciplinary free.  And that's a significant

18   accomplishment for you to never had a violation.

19   And if available participate in self-help and

20   therapy program.  Nevertheless, we would like to

21   commend you for (indiscernible).

22        **DEPUTY COMMISSIONER MEJIA:**  Mr.Urieta,

23   you are commended for your completion of

24   (indiscernible)  two vocations and working on

25   the third one, Vocational welding, auto tune-up,

26   and your working on the electronic tech, all

27   **ROBERT URIETA  D-61987  DECISION PAGE 3  9/29/05**

82

1  though it was closed, you got in so many hours

2  of that.  You have is high school diploma and

3  college credits.  You have a G.E.D.  You also

4  remained disciplinary free since your

5  incarceration.  You had three one 128's.  You

6  have involved yourself with A.A. since 1992, and

7  have opened up, I will still need the chrono

8  from the person that you had mentioned to put on

9  your file when it comes to helping establish the

10  A.A. for Spanish.  And you know, your doing a

11  good program here, and I want you to continue

12  that.  Do not let this denial discourage you,

13  because that will be the changes in your life

14  right now, you got a date, you lost it, you

15  (indiscernible) denial, being rejected,

16  (indiscernible) and don't let that get to you,

17  and just focus on the date that you want, and

18  don't get discouraged.  Okay.

19        **PRESIDING COMMISSIONER ST.JULIEN:**  I

20  would echo the same thing.  I thought you were

21  very candid, and you told the truth when there

22  were some difficult questions, so we appreciate

23  that.  However, these aspects of -- these

24  positive aspects, you're behavior do not

25  outweigh the factors of unsuitability and as I

26  said that is a one year denial. So we wish you

27  **ROBERT URIETA  D-61987  DECISION PAGE 4  9/29/05**

83

1  good luck, sir.

2          **INMATE URIETA:**  Thank you.

3          **PRESIDING COMMISSIONER ST.JULIEN:**  And

4  we'll recess and the time is 4:40 p.m.  You

5  know, I was going to tell you to do something

6  else --

7  \\

8  \\

9  \\

10  \\

11  \\

12  \\

13  \\

14  \\

15  \\

16  \\

17  \\

18  \\

19  \\

20  \\

21  \\

22  \\

23  **PAROLE DENIED ONE YEAR**

24  **THIS DECISION WILL BE FINAL ON:Jan. 27, 2006**

25  **YOU WILL BE PROMPTLY NOTIFIED, IF PRIOR TO THAT**

26  **DATE, THE DECISION IS MODIFIED.**

27  **ROBERT URIETA  D-61987  DECISION PAGE 5  9/29/05**

84

CERTIFICATE AND
DECLARATION OF TRANSCRIBER

I, PRISCILLA BAKER, a duly designated

transcriber, PETERS SHORTHAND REPORTING, do hereby

declare and certify under penalty of perjury that I

have transcribed tape(s) which total one in number and

cover a total of pages numbered 1 -83, and which

recording was duly recorded at CORRECTIONAL

TRAINING FACILITY, SOLEDAD, CALIFORNIA, in the

matter of the SUBSEQUENT PAROLE CONSIDERATION HEARING

OF  Robert Urieta, CDC NO.D-61987, ON SEPTEMBER 29,

2005, and that the foregoing pages constitute a true,

complete, and accurate transcription of the

aforementioned tape to the best of my ability.

I hereby certify that I am a disinterested

party in the above-mentioned matter and have no

interest in the outcome of the hearing.

Dated OCTOBER 18, 2005, at Sacramento,

California.


PRISCILLA BAKER
TRANSCRIBER
**PETERS SHORTHAND REPORTING**