# EXHIBIT 3

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
MAY 1999 CALENDAR

Urieta, Robert                                                                                      D-61987

I. **COMMITMENT FACTORS**:

    A. **Life Crime**: Murder 2nd, PC187, Count 1, Case# A784725, Sentence; 15 years to Life, MEPD: 5/27/96, victim: Jose Alvir, Age: unknown.

        1. **Offense Summary**: On 7/5/86, Urieta and Caceras drove to: 2801 West Pico Blvd. and Urieta shot victim Alvir, with a .25 Caliber Hand Gun. Caceras was the driver and Urieta was the shooter. Alvir died at the scene. (Probation Officer's Report (POR), page 2)

        2. **Prisoner's Version**: Urieta's claims that "Pitufo" (other wise unidentified) and Caceras asked to go with him to buy marijuana. He said they drove to a place where two guys were fighting. They stopped and got out of the car to look, and Alvir told Urieta to get out of there. Alvir and Urieta began arguing and Alvir attacked Urieta with a hammer. Urieta and Caceras got into the car and Alvir smashed a window of the car. Urieta and Caceras left, leaving "Pitufo" behind. They went to Urieta's mother's house. Urieta went in to use the bathroom, then he and Caceras went back to get "Pitufo". When they arrived back at the scene of the fight, a group of people, who had already "beat-up" Pitufo, came towards the car. Urieta states that's when he pulled out his gun and fired it to frighten them. He says he did not mean to shoot or kill anyone. He states that he is very sorry and remorseful for what he did. He feels very badly about taking someone's life and accepts the responsibility.

        3. **Aggravating Circumstances**:

            a. Urieta had an escalating history of criminal activity.

            b. Urieta had the opportunity to cease but continued. He had actually left the scene before the shooting, but then returned.

   c. The manner in which the crime was committed created the potential for serious injury to persons other then the victim. There were a group of people where Urieta fired his gun. It is surprising not more people were injured.

  4. **Mitigating Circumstances**: None

## II. PRECONVICTION FACTORS:

**A.** **Juvenile Record**: Urieta was arrested, on 12/14/82, for driving a vehicle without the owner's consent and receiving stolen property. He was placed on 24 months probation. He was arrested on 4/15/83, for battery and placed on 36 months probation. (POR page 6)

**B.** **Adult Convictions**: Urieta was convicted of assault on 4/16/84. He was placed on 12 months probation and served eight days in jail. No other convictions noted. (POR page 7)

**C.** **Personal Factors**: Urieta came to the United States, as an illegal alien, from Mexico in 1977. He was raised in Los Angeles by his mother, Hortencia Aguirre. His father is deceased and he has one sister. He left school at 15 years of age, having completed the 10th grade. Records indicate that he was a member of the 18th Street Gang. Urieta has a daughter as the result of a 5 year cohabitation with Alexandria Avila. Prior to his arrest Urieta was employed by the Galvas Brothers as a cutter and sewing machine operator. He has never served in the military. He denies the use of illegal drugs or alcohol. There is no record of any mental disorder or sexual deviation.

## III. POSTCONVICTION FACTORS:

**A.** **Custody History**: Since the last report, Urieta has remained at CTF, Medium A custody, assigned to vocational welding with positive reports.

**B.** **Therapy and Self-Help Activities**: Urieta has completed individual therapy, with Dr. Terrini. He participated in Alcoholics Anonymous.

**C.** **Disciplinary History**: Urieta has remained disciplinary-free.

## IV. FUTURE PLANS:

**A.** **Residence**: Urieta plans to reside with his mother, Hortencia Aguirre, at: 1315 North Magdalena Street #44, Los Angeles, CA., telephone (213) 227-1338.

    B.    **Employment**: Urieta will seek employment as a tune-up mechanic or a tailor and continue his College education in his free time. There is an active U.S.I.N.S. hold noted.

V.    **SUMMARY**:

    A.    Considering the commitment offense, prior record and prison adjustment, this writer believes that Urieta would pose a moderate to low degree of threat to the public if released at this time. This belief is based upon the length of time Urieta has been incarcerated, the stride that Urieta has made in obtaining his High School Diploma, and gaining college credits, Urieta has advanced his employment capabilities, and has continued to participate in self-help (A.A.). Urieta has not received any CDC 115's while incarcerated. He appears to have viable parole plans.

    B.    Prior to release, Urieta could benefit by continuing to participate in Alcoholics Anonymous, remaining disciplinary-free and continuing to upgrade vocationally.

    C.    This Board Report is based upon a personal interview, an extensive Central File review and incidental contact in the housing Unit. Urieta was afforded an opportunity to review his Central File, on 3/11/99.

LIFE PRISONER EVALUATION REPORT
PAROLE CONSIDERATION HEARING
MAY 1999 CALENDAR                                                                PAGE 4


*P.D. Ballard*
P.D. Ballard
Correctional Counselor I


*B. Crawford CCII*
B. Crawford
Correctional Counselor II


*A. Torres*
A. Torres
Facility Captain


*J.K. Tyler*
J.K. Tyler
Classification & Parole Representative

Urieta, Robert                 D-61987                    CTF                    05/99