# EXHIBIT 4

**LIFE PRISONER EVALUATION REPORT**
**SUBSEQUENT PAROLE CONSIDERATION HEARING**
**SEPTEMBER 2005 CALENDAR**

**URIETA, ROBERT**                                                    **D-61987**

I.    **COMMITMENT FACTORS:**

  A.    **Life Crime:** PC 187(a), Murder 2nd Degree with PC 12022.5 Use of Weapon in commission of a felony, to wit a .25 caliber automatic handgun. Los Angeles County Superior Court Case #A784725. Term 15 years to Life for PC 187. The enhancement for PC 12022.5 was stayed. MEPD: 5/27/96. Victim: Jose Alvir, age 19 years old.

     1.    **Summary of Crime:** On 6/5/86, Urieta and Caceras drove to 2801 West Pico Boulevard, and Urieta shot victim Alvir with a .25 caliber handgun. Alvir died at the scene. (POR page 2).

     2.    **Prisoner's Version:** Urieta claims that "Pitufo" (otherwise unidentified) and Caceras asked to go with him to buy marijuana. He said they drove to a place where two (2) guys were fighting. They stopped and got out of the car to look, and Alvir told Urieta to get out of there. Alvir and Urieta began arguing and Alvir attacked Urieta with a hammer. Urieta and Caceras got into the car and Alvir smashed a window of the car. Urieta and Caceras left, leaving "Pitufo" behind. They went to Urieta's mother's house. Urieta went in to use the bathroom, then he and Caceras went back to get "Pitufo". When they arrived back at the scene of the fight, a group of people, who had already "beat-up" Pitufo, came towards the car. Urieta states that is when he pulled out his gun and fired it to frighten them. He says he did not mean to shoot or kill anyone. He states that he is very sorry and remorseful for what he did. He feels very badly about taking someone's life and accepts the responsibility.

     3.    **Aggravating/Mitigating Circumstances:**

        a.    **Aggravating Factors:**
           •    Urieta had an escalating history of criminal activity.
           •    Urieta had the opportunity to cease but continued. He had actually left the scene before the shooting, but then returned.
           •    The manner in which the crime was committed created the potential for serious injury to persons other than the victim.

COPY TO INMATE ON: 5.25.05

LIFE PRISONER EVALUATI REPORT
PAROLE CONSIDERATION HEARING
SEPTEMBER 2005 CALENDAR

There were a group of people where Urieta fired his gun. It is surprising not more people were injured.

        **b.**   **Mitigating Factors:**  None.

**B.**   **Multiple Crime(s):** None.

      **1.**   **Summary of Crime:.**  None.

      **2.**   **Prisoner's Version:**  None.

## II.   PRECONVICTION FACTORS:

**A.**   **Juvenile Record:** Urieta was arrested on 12/14/82 for Driving a Vehicle Without the Owner's Consent and Receiving Stolen Property. He was placed on probation. He was later arrested on 4/15/83 for Battery and placed again on Probation (POR page 6).

**B.**   **Adult Convictions and Arrests:**  Urieta was convicted of Assault on 4/16/84. He was placed on twelve (12) months probation and served eight (8) days in jail. No other convictions are noted (POR page 7).

**C.**   **Personal Factors:** Urieta came to the United States as an illegal alien, from Mexico in 1977. He was raised in Los Angeles by his mother, Hortencia Aguirre. His father is deceased and he has one sister. He left school at fifteen (15) years of age having completed the 10th grade. Records indicate that he was a member of the 18th Street Gang. Urieta has a daughter as the result of a five (5) year co-habitation with Alexandria Avila. Prior to his arrest Urieta was employed by the Galvas Brothers as a cutter and sewing machine operator. He has never served in the military. He denies the use of illegal drugs and alcohol. There is no record of any mental disorder or sexual deviation.

## III.   POSTCONVICTION FACTORS:

**A.**   **Special Programming/Accommodations:** None noted.

**B.**   **Custody History:**  Urieta has remained at the Correctional Training Facility (CTF) and housed in the general population, with Medium A Custody. Urieta is currently assigned as a computer refurbishing technician receiving satisfactory grades per CDC 128E dated 9/28/04, 12/29/04, and 3/29/05.

**C.**   **Therapy and Self-Help Activities:** Urieta has been actively attending Alcoholics Anonymous/Narcotics Anonymous per CDC 128B's dated 6/30/04, 7/29/04,

LIFE PRISONER EVALUATION REPORT                                                    3
PAROLE CONSIDERATION HEARING
SEPTEMBER 2005 CALENDAR

9/30/04, 10/14/04, and 4/1/05. Urieta received a CDC 128B for participating in a special project consisting of upgrading computers.

**D.**     **Disciplinary History:** Has remained disciplinary free during this period of review.

**E.**     **Other:** Urieta appeared before the Board of Prison Terms on 9/29/04 for his Subsequent Hearing #6 in which parole was granted. On 2/25/05 the governor reversed the Board of Prison Terms decision to grant parole.

## IV.     FUTURE PLANS:

**A.**     **Residence:** Urieta is aware of his active USINS hold and understands that if paroled, he maybe deported to Mexico, where he will reside with family members. If allowed to stay in the United States, he plans to reside with his mother, Hortencia Aguirre at 1315 N. Magnalena Street #44, Los Angeles, CA 90012, (213) 227-1338.

**B.**     **Employment:** Urieta plans to work in the family retail jewelry sales business. However, if allowed to remain in the United States he plans to seek employment in the textiles, welding, computer repair or printing industry.

**C.**     **Assessment:** There are no foreseeable problems with Urieta's future plans either his residence or employment. This is documented in numerous support letters located in the miscellaneous section of his Central File.

## V.     USINS STATUS: Urieta has an active USINS hold #A27560040.

## VI.     SUMMARY:

**A.**     Prior to release the prisoner could benefit from:

1. Continuing to be disciplinary free.
2. Continue his participation in self-help and therapy programs.

**B.**     This report is based upon a thorough review of Urieta's Central File and a (1) hour interview with Urieta.

**C.**     Per the Olson Decision, Urieta was afforded an opportunity to examine his Central File. (Refer to CDC 128B dated 5/9/05 in the General Chrono Section of the Central File.) Urieta declined to review his Central File.

URIETA, ROBERT              D61987                    CTF-SOLEDAD              **SEPT/2005**

LIFE PRISONER EVALUATION REPORT
PAROLE CONSIDERATION HEARING
SEPTEMBER 2005 CALENDAR

**D.**    No accommodation was required per the Armstrong vs. Davis BPT Parole
Proceedings Remedial Plan (ARP) for effective communication.

URIETA, ROBERT              D61987                    CTF-SOLEDAD              **SEPT/2005**

LIFE PRISONER EVALUATION REPORT
PAROLE CONSIDERATION HEARING
SEPTEMBER 2005 CALENDAR


_____     5.24.05
R. Garcia                          Date
Correctional Counselor I


_____     5/24/05
Y. Soares                          Date
Correctional Counselor II


_____     5/20/05
Y. Guerra    FC GII               Date
Facility Captain


_____     5/25/05
D. S. Levorse                     Date
Classification and Parole Representative


URIETA, ROBERT          D61987          CTF-SOLEDAD          **SEPT/2005**