# EXHIBIT 6

S141163

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ROBERTO URIETA on Habeas Corpus

---

Petition for writ of habeas corpus is DENIED.

SUPREME COURT
FILED
OCT 2 5 2006
Frederick K. Ohlrich Clerk

_____ Deputy

*George*
Chief Justice