*E-FILED - 10/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTO URIETA,                          )        No. C 07-3935 RMW (PR)
                                         )
                     Petitioner,         )        JUDGMENT
                                         )
     vs.                                 )
                                         )
BEN CURRY, Warden,                       )
                                         )
                     Respondent.         )
_____  )

    The petition for writ of habeas corpus is granted.

    IT IS SO ORDERED AND ADJUDGED.

Dated: _____10/13/09_____        _Ronald M. Whyte_____
                                 RONALD M. WHYTE
                                 United States District Judge